# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DAMON MICHAEL BECKLEY<br><br>*Defendant(s)* | )<br>) Case: 1:21-mj-00060<br>) Assigned to: Judge Robin M. Meriweather<br>) Assign Date: 1/14/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/06/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | (Unlawful Entry of a Restricted Building) |
| 40 U.S.C. § 5104(e)(2) | (Disorderly Conduct on Capitol Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Sean P. Millett, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>telephone.</u>

Date: __01/14/2021__

*Judge's signature*

City and state: __Washington, D.C.__ Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*