AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21CR-285-JEB |
| DAMON BECKLEY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DAMON BECKLEY                                                                                             .

Date:   05/12/2021

s/ Aaron M. Dyke
*Attorney's signature*

Aaron M. Dyke
*Printed name and bar number*

Western Kentucky Federal Community Defender
629 S. Fourth Street, Suite 200
Louisville, KY  40202

*Address*

Aaron_Dyke@fd.org
*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*