UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

**CRIMINAL ACTION NO. 21-CR-285**
**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**vs.**

**DAMON BECKLEY,**                                                                                          **DEFENDANT.**

### DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR PROTECTIVE ORDER

Comes the Defendant, Damon Beckley ("Defendant" or, in the alternative, "Mr. Beckley"), by counsel, and respectfully submits this supplemental sentencing briefing.

On May 26, 2021, the United States filed a Motion for Protective Order. DN 14. That motion stated that the United States had sent the proposed protective order to defense counsel via email on March 25, 2021 and May 20, 2021, and had not received any response to said proposed protective order. The undersigned entered his appearance as counsel of record on May 12, 2021, and has not received any emails from the United States regarding the proposed Protective Order. Having now had an opportunity to review the United States' Motion for Protective Order, the defendant does not object to the Court entering the proposed protective order submitted by the United States.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

Respectfully submitted,

/s Aaron M. Dyke
Assistant Federal Defender
629 S. Fourth Street
Suite 200
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

## **CERTIFICATE**

This is to certify that a true copy of the foregoing motion was served on the United States by electronically filing same to Mr. Peter Lallas, Esq., Assistant United States Attorney, this 27th day of May, 2021.

s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2