# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-285** |
| **v.** : | |
| : | |
| **DAMON BECKLEY** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING DISCOVERY LETTER

The United States respectfully notes the filing of the attached discovery letter.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:  _____/s/_____
        Peter Lallas, N.Y. Bar No. 4290623
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6879
        peter.lallas@usdoj.gov