

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 7, 2021

Aaron Dyke
Assistant Federal Defender
Western Kentucky Federal Community Defender, Inc
629 South 4th Street, Suite 200
Louisville, KY 40202

   Re: *United States v. Damon Beckley*
     Case No. 21-cr-285

Dear Counsel:

  Enclosed as preliminary discovery in this case are files available on USAFx, consisting of the following materials:

- File folder named Beckley Informal Discovery Produced July 7, 2021.  This folder includes a total of 167 files.  This folder contains two subfolders:
    1) Beckley Highly Sensitive, which contains the following files that are Highly Sensitive pursuant to the terms of the Protective Order;

| File Name |
| --- |
| 7029 USCS 02 Rotunda Door Interior-2021-01-06_15h20min00s000ms |
| 7029 USCS 02 Rotunda Door Interior-2021-01-06_15h29min00s000ms |
| 0259 USCH 02 Statuary Hall Connector-2021-01-06_14h30min00s000ms |
| 0251 USCH 02 Main Door Hall near H208-2021-01-06_14h35min00s000ms |
| 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h26min00s000ms |

| |
|---|
| 0176-LS-3369766_0000063_1A0000033_0000003 - Highly Sensitive |
| 0176-LS-3369766_0000063_1A0000033_0000002 - Highly Sensitive |
| 0176-LS-3369766_0000063_1A0000033_0000001 - Highly Sensitive |
| 0176-LS-3369766_0000047_1A0000025_0000001 - Highly Sensitive |

3) Beckley discovery export. This folder contains the following files.

| File Name |
|---|
| VID_20210106_152643088 |
| VID_20210106_151632100 |
| VID_20210106_155415228 |
| VID_20210106_144402027 |
| VID_20210106_151115950 |
| VID_20210106_143329816 |
| VID_20210106_150738634 |
| VID_20210106_144311329 |
| DB_IN_CAPITOL (1) |
| DBeckley_DC_Capital_Terrorist |
| File_002_LI redacted |
| DB antifa made him do it_LI Redacted |
| Thumbs |
| Beckley note_LI Redacted |
| Damon Beckley photo in capitol_LI Redacted |
| 0176-LS-3369766_0000043_1A0000001_0000002_LI Redacted |
| 0176-LS-3369766_0000043 Redacted |
| 0176-LS-3369766_0000043_1A0000001_0000001_LI Redacted |
| 0176-LS-3369766_0000033_1A0000002_0000006_PHYSICAL Redacted |
| 0176-LS-3369766_0000033_1A0000002_0000003 Redacted |
| 0176-LS-3369766_0000033_1A0000002_0000002 Redacted |
| 0176-LS-3369766_0000033_1A0000002_0000001 Redacted |
| 0176-LS-3369766_0000033 Redacted |
| 0176-LS-3369766_0000029 Redacted |
| 0176-LS-3369766_0000004_1A0000458_0000002 Redacted |
| 0176-LS-3369766_0000004_1A0000460_0000001 Redacted |
| 0176-LS-3369766_0000003_1A0000426_0000001 Redacted |
| 0176-LS-3369766_0000004 Redacted |

| |
|---|
| 0176-LS-3369766_0000003 Redacted |
| parler5 |
| parler3 |
| parler4 |
| Parler2 |
| McConnell Home Vandalized Article 2 |
| McConnell Home Vandalized Article 3rd screenshot |
| Parler1 |
| McConnell Home Vandalized Article 1 |
| 0176-LS-3369766_0000063 |
| 0176-LS-3369766_0000047 |
| 0176-LS-3369766_0000047_1A0000024_0000001_PHYSICAL |
| 0176-LS-3369766_0000073 |
| 0176-LS-3369766_0000068 |
| 0176-LS-3369766_0000068_Import |
| 0176-LS-3369766_0000069_1A0000020_0000001 |
| 0176-LS-3369766_0000067_1A0000019_0000002 |
| 0176-LS-3369766_0000067 |
| 0176-LS-3369766_0000062_1A0000018_0000001_PHYSICAL |
| 0176-LS-3369766_0000062 |
| 0176-LS-3369766_0000067_1A0000019_0000001_PHYSICAL |
| 0176-LS-3369766_0000044 |
| 0176-LS-3369766_0000061_1A0000017_0000001_PHYSICAL |
| 0176-LS-3369766_0000061 |
| 0176-LS-3369766_0000060_Import |
| 0176-LS-3369766_0000059_1A0000031_0000001_PHYSICAL |
| 0176-LS-3369766_0000059 |
| 0176-LS-3369766_0000060 |
| 0176-LS-3369766_0000058_Import |
| 0176-LS-3369766_0000058 |
| 0176-LS-3369766_0000057_1A0000116_0000001 |
| 0176-LS-3369766_0000057_1A0000116_0000002 |
| 0176-LS-3369766_0000057 |
| 0176-LS-3369766_0000056_1A0000114_0000001 |
| 0176-LS-3369766_0000056_1A0000114_0000002 |
| 0176-LS-3369766_0000056 |
| 0176-LS-3369766_0000053 |
| 0176-LS-3369766_0000052_1A0000027_0000001 |
| 0176-LS-3369766_0000052 |

| |
|---|
| 0176-LS-3369766_0000051_1A0000026_0000002 |
| 0176-LS-3369766_0000051_1A0000026_0000001 |
| 0176-LS-3369766_0000051 |
| 0176-LS-3369766_0000049_1A0000016_0000001 |
| 0176-LS-3369766_0000050_Import |
| 0176-LS-3369766_0000050 |
| 0176-LS-3369766_0000049 |
| 0176-LS-3369766_0000046_1A0000023_0000003 |
| 0176-LS-3369766_0000048 |
| 0176-LS-3369766_0000046_1A0000023_0000002_PHYSICAL |
| 0176-LS-3369766_0000048_1A0000015_0000001 |
| 0176-LS-3369766_0000045 |
| 0176-LS-3369766_0000045_1A0000014_0000001 |
| 0176-LS-3369766_0000046 |
| 0176-LS-3369766_0000042 |
| 0176-LS-3369766_0000043_1A0000001_0000003 |
| 0176-LS-3369766_0000040_1A0000022_0000003_PHYSICAL |
| 0176-LS-3369766_0000031 |
| 0176-LS-3369766_0000031_1A0000009_0000001 |
| 0176-LS-3369766_0000029_1A0000002_0000001 |
| 0176-LS-3369766_0000024 |
| 0176-LS-3369766_0000028_1A0005175_0000001 |
| 0176-LS-3369766_0000028_1A0005175_0000002 |
| 0176-LS-3369766_0000028 |
| 0176-LS-3369766_0000021_1A0000008_0000007 |
| 0176-LS-3369766_0000023 |
| 0176-LS-3369766_0000021_1A0000008_0000006 |
| 0176-LS-3369766_0000021_1A0000008_0000004 |
| 0176-LS-3369766_0000021_1A0000008_0000005 |
| 0176-LS-3369766_0000021_1A0000008_0000001 |
| 0176-LS-3369766_0000021_1A0000008_0000003 |
| 0176-LS-3369766_0000021_1A0000008_0000002 |
| 0176-LS-3369766_0000019_1A0000005_0000002 |
| 0176-LS-3369766_0000020_1A0000007_0000001 |
| 0176-LS-3369766_0000021 |
| 0176-LS-3369766_0000019 |
| 0176-LS-3369766_0000020 |
| 0176-LS-3369766_0000019_Import |
| 0176-LS-3369766_0000019_1A0000006_0000001 |

| |
|---|
| 0176-LS-3369766_0000010_1A0000002_0000001 |
| 0176-LS-3369766_0000019_1A0000005_0000001 |
| 0176-LS-3369766_0000013 |
| 0176-LS-3369766_0000011_1A0000003_0000001 |
| 0176-LS-3369766_0000015 |
| 0176-LS-3369766_0000011_1A0000003_0000002 |
| 0176-LS-3369766_0000010 |
| 0176-LS-3369766_0000011 |
| 0176-LS-3369766_0000009_1A0000001_0000001 |
| 0176-LS-3369766_0000007_1A0000003_0000004 |
| 0176-LS-3369766_0000040_1A0000022_0000002 |
| 0176-LS-3369766_0000003_1A0000425_0000001 |
| 0176-LS-3369766_0000040 |
| 0176-LS-3369766_0000009 |
| 0176-LS-3369766_0000040_1A0000022_0000001 |
| 0176-LS-3369766_0000007_1A0000003_0000005 |
| 0176-LS-3369766_0000038_Import |
| 0176-LS-3369766_0000007_1A0000003_0000003 |
| 0176-LS-3369766_0000038 |
| 0176-LS-3369766_0000007_1A0000003_0000002 |
| 0176-LS-3369766_0000003_1A0000425_0000002 |
| 0176-LS-3369766_0000037_Import |
| 0176-LS-3369766_0000007 |
| 0176-LS-3369766_0000007_1A0000003_0000001 |
| 0176-LS-3369766_0000032_1A0000013_0000001 |
| 0176-LS-3369766_0000004_1A0000459_0000001 |
| 0176-LS-3369766_0000037 |
| 0176-LS-3369766_0000004_1A0000458_0000001 |
| 0176-LS-3369766_0000036 |
| 0176-LS-3369766_0000035_Import |
| 0176-LS-3369766_0000004_1A0000456_0000001 |
| 0176-LS-3369766_0000035 |
| @realwallnow screenshot |
| 0176-LS-3369766_0000034_Import |
| 0176-LS-3369766_0000031_1A0000012_0000002 |
| Beckley Hiding from me |
| @DamonBeckley screenshots |
| 0176-LS-3369766_0000034 |
| Damon Beckley photo in capitol (screenshot from youtube video) |

| |
|---|
| File_003 |
| File_000 |
| File_001 |
| 0176-LS-3369766_0000031_1A0000012_0000001 |
| 0176-LS-3369766_0000031_1A0000011_0000001 |
| db and jones |
| Damon Beckley Parler Charlie Hebdo quote |
| 0176-LS-3369766_0000031_1A0000011_0000002 |
| 0176-LS-3369766_0000032 |
| Beckley 9p est 010621 |
| Damon Beckley DCunderSiege Parler Screenshot |
| 0176-LS-3369766_0000031_1A0000010_0000001 |
| 0176-LS-3369766_0000073_1A0000028_0000001_PHYSICAL |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/

Peter Lallas
Assistant United States Attorney