UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

**CRIMINAL ACTION NO. 21-CR-285**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**vs.**

**DAMON BECKLEY,**                                                                                     **DEFENDANT.**

### UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Comes the Defendant, Damon Beckley ("Defendant" or, in the alternative, "Mr. Beckley"), by counsel, and respectfully asks this Court to continue the status conference currently scheduled for December 3, 2021.

Parties have conferred, and agree that at this time a continuance of the status conference would be beneficial to allow for the continued production of discovery; the review of discovery already tendered by the United States; to allow for the review and discussion of the United States' formal offer; and to allow for defense counsel to review and discuss discovery and the offer with Mr. Beckley. Parties believe that all of the above can be accomplished if the Court were to grant a 60-90 day continuance.

Mr. Beckley agrees, in the interest of justice, and pursuant to 18 U.S.C. §3161(h)(7)(A), §3161(h)(7)(B)(I), and §3161(h)(7)(B)(iv), the period of delay between the scheduled status conference currently scheduled for December 3, 2021, and the date of the newly scheduled status conference, which would be determined by this Court if this motion were to be granted, would be excluded from the time allowed for a speedy trial.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

Respectfully submitted,

/s Aaron M. Dyke
Assistant Federal Defender
629 S. Fourth Street
Suite 200
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

### CERTIFICATE

This is to certify that a true copy of the foregoing motion was served on the United States by electronically filing same to Mr. Peter Lallas, Esq., Assistant United States Attorney, this 29th day of November, 2021.

s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808