UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

**CRIMINAL ACTION NO. 21-CR-285**
**UNITED STATES OF AMERICA,**                                               **PLAINTIFF,**

**vs.**

**DAMON BECKLEY,**                                                          **DEFENDANT.**

## ORDER

Defendant having moved the Court as above set forth; the United States being unopposed; the Court finding that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the status conference is reassigned to _____ at the hour of _____.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offense charged herein must commence pursuant to 18 U.S.C. §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3