**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 21-cr-285 (JEB)** |
| **v.** | **:** | |
| | **:** | |
| **DAMON BECKLEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court

that Trial Attorney Joseph McFarlane is entering his appearance in the above-captioned matter as

counsel for the United States.

Respectfully submitted,

DATED: May 3, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Joseph S. McFarlane*
JOSEPH S. McFARLANE
PA Bar No. 311698
Trial Attorney, Detailee
1400 New York Ave. NW
Washington, DC 20005
(202) 368-6049
Joseph.mcfarlane@usdoj.gov