UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.:  1:21-CR-00285-JEB |
| DAMON MICHAEL BECKLEY, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Jason M. Manning will be substituting for former AUSA Peter Lallas in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: October 9, 2022 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | */s/ Jason M. Manning*<br>JASON M. MANNING<br>NY Bar No. 4578068<br>Trial Attorney, Detailee<br>1400 New York Ave NW, 11th Floor<br>Washington, D.C. 20005<br>(202) 514-6256<br>jason.manning@usdoj.gov |

1

**CERTIFICATE OF SERVICE**

On this 9th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                By:    */s/ Jason M. Manning*
                        JASON M. MANNING
                        NY Bar No. 4578068
                        Trial Attorney, Detailee
                        1400 New York Ave NW, 11th Floor
                        Washington, D.C. 20005
                        (202) 514-6256
                        jason.manning@usdoj.gov