UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.:  21-cr-285 |
| **DAMON BECKLEY,** | : | |
| | | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Julie Bessler will be substituting for former Assistant United States Attorney Joseph McFarlane in the above-captioned matter.

                                                                    Respectfully submitted,

DATED: January 23, 2023                  MATTHEW M. GRAVES
                                                                    United States Attorney
                                                                      D.C. Bar No. 481052

                                                                      By:    By: */s/ Julie Bessler*

                                                                      JULIE BESSLER
                                                                      PA Bar No.328887
                                                                      Assistant United States Attorney
                                                                      United States Attorney's Office
                                                                      601 D Street N.W.
                                                                      Washington, D.C. 20001
                                                                      Julie.Bessler@usdoj.gov

2

**CERTIFICATE OF SERVICE**

On this 23rd day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:     By: */s/ Julie Bessler*

JULIE BESSLER
PA Bar No.328887
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20001
Julie.Bessler@usdoj.gov