UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 21-cr-00285-JEB** |
| v. | : | |
| | : | |
| **DAMON MICHAEL BECKLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONVERT JURY TRIAL TO STIPULATED TRIAL AND ESTABLISH STIPULATED TRIAL DATE

The United States and the defendant, Damon Michael Beckley, by and through their undersigned attorneys, hereby move the Court to (1) convert the jury trial in this matter that is scheduled for March 20, 2023, to a stipulated bench trial; and (2) establish a date for the stipulated trial on February 27, 2023 or as soon thereafter as the Court is available (the parties estimate that two hours would be sufficient). In support of the requested stipulated trial, the parties hereby attach the following executed documents: Statement of Facts for Stipulated Trial, and Agreement and Waiver of Jury Trial Rights.

The parties will be prepared to discuss scheduling and any other matters at the previously scheduled conference in this case on Friday, February 17, 2023, at 11:00 a.m.

Respectfully submitted,

*Counsel for the Government*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/_____

Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov

Julie Bessler
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
PA Bar No. 328887
Julie.Bessler@usdoj.gov

*Counsel for the Defendant:*

/s/
Aaron Dyke, Esq.
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525