UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-cr-00285-JEB |
| v. | : | |
| | : | |
| DAMON MICHAEL BECKLEY, | : | |
| | : | |
| Defendant. | : | |

### JOINT NOTICE OF STIPULATED TRIAL EXHIBITS

As discussed with the Court at the pre-trial conference on February 17, 2023, the parties have submitted via USAfx the video exhibits cited in the Stipulated Statement of Facts (ECF 52-1).  Information describing the manner in which each video was made, and (where applicable) the time that Mr. Beckley first appears, is set forth below.

#### Exhibit 1

Exhibit 1 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley first appears at 08:24, as shown in the screenshot below.  The video clip is approximately 9 minutes in length.



1

**Exhibit 2**

Exhibit 2 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley first appears at 02:54, as shown in the screenshot below. The referenced quote that appears in paragraph 12 of ECF 52-1 can be heard at 06:05. The video clip is approximately 13 minutes in length.



**Exhibit 3**

Exhibit 3 is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. The referenced quote that appears in paragraph 13 of ECF 52-1 can be heard at 05:00. The video clip is approximately 8 minutes in length.

**Exhibit 4**

Exhibit 4 is a clip from an open-source video filmed on January 6, 2021. Mr. Beckley appears at 00:02, as shown in the screenshot below. The video clip is approximately 1 minute in length.



**Exhibit 5**

Exhibit 5 is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. Mr. Beckley's voice, as referenced in paragraph 16 in ECF 52-1, can be heard at 03:24-03:29. The video clip is approximately 4 minutes in length.

**Exhibit 6**

Exhibit 6 is a clip from Closed Circuit Television (CCTV) footage from January 6, 2021. The footage captures the inside of the U.S. Capitol, near the East Rotunda Doors. Mr. Beckley appears at the very beginning of the video, as shown in the screenshot below. The video clip is approximately 1 minute and 40 seconds in length.



### **Exhibit 7**

Exhibit 7 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley appears at 00:07, as shown below. The video clip is approximately 1 minute in length.



**Exhibit 8**

Exhibit 8 is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. The quote referenced in paragraph 15 of ECF 52-1 can be heard at the very beginning of the video. The video clip is approximately 30 seconds in length.

Respectfully submitted,

*Counsel for the Government*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/_____
Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov

Julie Bessler
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
PA Bar No. 328887
Julie.Bessler@usdoj.gov

*Counsel for the Defendant:*

/s/_____
Aaron Dyke, Esq.
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525