```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
     UNITED STATES OF AMERICA,
3                                       Criminal Case
                     Plaintiff(s),      No. 21-00285 (JEB)
4            v.
                                        Washington, D.C.
5    DAMON MICHAEL BECKLEY,
                                        February 23, 2023
6                    Defendant(s).

7    ------------------------------------------------------------

8                     STIPULATED BENCH TRIAL
               BEFORE THE HONORABLE JAMES E. BOASBERG
9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Julie Bessler, Esquire
                            Kaitlin Klaman, Esquire
12                          United States Attorney's Office
                            District of Columbia
13                          601 D Street Northwest
                            Washington, D.C. 20530
14

15   FOR THE DEFENDANT(S):  Aaron M. Dyke, Esquire
                            West Kentucky Federal Community
16                           Defender's Office
                            629 South Fourth Street
17                          Suite 200
                            Louisville, Kentucky 40202
18

19
     REPORTED BY:           Tammy Nestor, RMR, CRR
20                          Official Court Reporter
                            333 Constitution Avenue NW
21                          Washington, D.C. 20001
                            tammy_nestor@dcd.uscourts.gov
22

23

24

25
```

```
 1  The following proceedings began at 2:01 p.m.:

 2            THE COURT:  Good afternoon, everyone.

 3            THE COURTROOM DEPUTY:  Good afternoon, everyone.  We

 4  are here today for a stipulated bench trial in criminal matter

 5  21-285, the United States of America versus Damon Michael

 6  Beckley.

 7            Beginning with counsel for the government, please

 8  approach the lectern and identify yourself for the record.

 9            MS. BESSLER:  Good afternoon, Your Honor.  Julie

10  Bessler and Kaitlin Klamann for the United States.

11            THE COURT:  Welcome to both of you.

12            MS. BESSLER:  Thank you.

13            MR. DYKE:  Good afternoon.  Aaron Dyke for

14  Mr. Beckley.  He is present.

15            THE COURT:  Okay.  Good afternoon.

16            And, Mr. Beckley, good afternoon to you, sir.

17            THE DEFENDANT:  Good afternoon, Your Honor.

18            THE COURT:  All right.  We are here today for a

19  stipulated trial, which in some ways can be likened to a plea

20  agreement.  So I think what I would like to do, Mr. Beckley, is

21  to first go over your rights very clearly to make sure you

22  understand them and are agreeing to proceed in this fashion.

23  And then we will go ahead and talk about exactly what we are

24  going to do in regard to the evidence.  All right?

25            THE DEFENDANT:  Yes, sir.
```

```
 1              THE COURT:  So why don't you come up, approach the

 2   lectern, please.

 3              So there's a nine-page document that I have in front

 4   of me that's called statement of facts for stipulated trial.

 5   And it appears to have your signature here at the top of the

 6   last page.  Is that, in fact, your signature?

 7              THE DEFENDANT:  It is, Your Honor.

 8              THE COURT:  And did you read and understand this

 9   document before you signed it?

10              THE DEFENDANT:  I did, but I was under the assumption

11   that certain elements in the body of evidence that had not as

12   of yet then been put into the body of evidence were going to

13   be, and some of those did not end up in that body of evidence

14   that would support reasonable doubt, Your Honor.

15              So I did sign it thinking that there was -- and the

16   prosecution did, after the fact, add some of those elements in,

17   but not all of them.  So I am here today because I did sign it,

18   Your Honor.

19              THE COURT:  Okay.  I'm sorry.  I was showing you a

20   different one.  I was showing you the old one.  And I

21   understand there is a new one now.

22              And so the question is -- I am going to show you the

23   new one, and that's still nine pages, but this now has an

24   original blue pen signature -- is that your signature there?

25              THE DEFENDANT:  Yes, sir.
```

```
 1              THE COURT:  So let me ask you again.  You read this
 2    over before you signed it?
 3              THE DEFENDANT:  Not today.
 4              THE COURT:  Okay.  Are there facts different in here,
 5    Mr. Dyke, from in the one that he did sign?
 6              MR. DYKE:  Paragraph -- no, he signed that today.  The
 7    only addition from today's version to the old version is
 8    paragraph 19, and we went over paragraph 19.
 9              THE COURT:  Okay.  So is that true, Mr. Beckley, that
10    you read paragraph 19?
11              THE DEFENDANT:  I read it about a week ago, Your
12    Honor.
13              THE COURT:  Okay.  Do you want to read it again?
14    Would you like to do that?
15              THE DEFENDANT:  Sure.  Thank you.
16              THE COURTROOM DEPUTY:  I provided them with a copy.
17              THE COURT:  Okay.
18              THE DEFENDANT:  Oh, yeah, my attorney explained this a
19    day or two ago, so yes, I agree to that.
20              THE COURT:  So is it fair to say that now that this
21    new updated statement of facts for the stipulated trial that
22    you have, you have read these and you agree that they are
23    accurate?
24              THE DEFENDANT:  Yes, with the omission of two
25    articles, one from NBC and one from NPR, that corroborate my
```

1  testimony that did not make it in.  Other than those, I am

2  fairly happy about --

3              THE COURT:  Okay.

4              THE DEFENDANT:  -- where we are.

5              THE COURT:  So let me explain that a stipulated trial,

6  as I said, is sort of like a plea.

7              THE DEFENDANT:  Yes.

8              THE COURT:  And I can't proceed with a stipulated

9  trial unless both sides agree on what the facts are, because

10 that's what a stipulated trial is, it's a trial where the facts

11 have been agreed upon.  And it sounds like you are not agreeing

12 with the facts, so I don't want to go forward until I am fully

13 comfortable that you agree with all the facts.

14             THE DEFENDANT:  Yes, Your Honor, I agree with those

15 facts, but there could be others.  But I agree with what's in

16 there.

17             MR. DYKE:  So I think what Mr. Beckley is trying to

18 say is that he's read the document, he agrees with all the

19 facts contained in the document.  If he had his druthers, there

20 would be additional facts that have not been included.

21             That's part of negotiation.  That's part of the give

22 and take of this process.

23             THE COURT:  Okay.

24             MR. DYKE:  All the facts that are in that document,

25 though, have been read by Mr. Beckley, and he agrees that those

1    facts are, in fact, accurate.

2            THE COURT:  All right.  Again, Mr. Dyke, I think

3    that's a good way of putting it, as you have, that a

4    stipulation, Mr. Beckley, is like a contract or an agreement

5    where both sides agree.  Now, just like any contract you enter

6    into, you might not get the highest price you were hoping for

7    as the seller.  And the buyer might not get as low a price as

8    he was hoping for.  But a contract ultimately is an agreement

9    between the sides that they are willing to accept what the

10   contract states.

11           And so that's the same for a stipulated trial.  A

12   stipulation is nothing more than an agreement.  So both sides

13   have to agree that these facts are accurate even if maybe the

14   government would have liked to put other facts that were more

15   inflammatory or more inculpatory, and maybe you would like to

16   have facts that were more exculpatory.  But I want to make sure

17   that you are satisfied with these stipulated facts and that you

18   agree that they are accurate.

19           THE DEFENDANT:  Yes.

20           THE COURT:  Okay.  And you agree that the trial in

21   this case will be upon these stipulated facts and no others.

22           THE DEFENDANT:  Yes.

23           THE COURT:  And that's what you wish to do today?

24           THE DEFENDANT:  Yes.

25           THE COURT:  All right.  You have also signed a

1    document -- and let me say this, Mr. Beckley, just so -- and

2    I'm sure Mr. Dyke has told you.  Today is the trial.  It's not

3    the sentencing.  At the sentencing, anything else that you want

4    to present, that he wants to present, that the government wants

5    to present, I am happy to hear it.  So that will be the time,

6    if there are additional things you want me to know about you or

7    what you did on that day, that's when I would hear some of

8    those.  But my determination of guilt or innocence is going to

9    be based only on the stipulated facts.  Do you understand that?

10              THE DEFENDANT:  Yes, sir.

11              THE COURT:  Okay.  All right.  So I have another

12   document here.  This is a two-page document that says,

13   agreement and waiver of jury trial rights.  And that also

14   appears to have your signature there on the second page.  Is

15   that your signature there?

16              THE DEFENDANT:  It is.

17              THE COURT:  And did you read and understand this?

18              THE DEFENDANT:  I did.

19              THE COURT:  And this essentially says that you wish to

20   proceed with a stipulated trial and not a jury trial.  Is that,

21   in fact, correct?

22              THE DEFENDANT:  Yes, sir.

23              THE COURT:  Okay.  What I am going to do now is go

24   over the rights you are giving up and to make sure that this is

25   a voluntary decision on your part, and then I will hear from

1    the sides a little bit more about the facts.

2           So I need to ask you certain questions to ensure you

3    understand your rights and that this willingness to enter into

4    a stipulated trial is voluntary.

5           If you don't understand any of my questions, let me

6    know, and I will try to make them clear.  All right?

7           THE DEFENDANT:  Yes, sir.

8           THE COURT:  Okay.  We are going to have you sworn in.

9           THE COURTROOM DEPUTY:  If you can raise your right

10   hand.

11                    DAMON MICHAEL BECKLEY

12   Having been first duly sworn on oath, was examined and

13   testified as follows:

14           THE COURT:  Okay.  Because I put you under oath, if

15   you answer any of my questions falsely, you could be prosecuted

16   for perjury or false statement.  Do you understand that?

17           THE DEFENDANT:  Yes, Your Honor.

18           THE COURT:  Tell me your date of birth.

19           THE DEFENDANT:  3/30/1968.

20           THE COURT:  How far did you go in school?

21           A PROSPECTIVE JUROR:  Some college.

22           THE COURT:  Have you taken any drugs or medications or

23   anything else in the last two days that might make it difficult

24   for you to follow these court proceedings?

25           THE DEFENDANT:  No, Your Honor.

```
 1              THE COURT:  Were you born in the United States?

 2              THE DEFENDANT:  I was.

 3              THE COURT:  Does counsel for either side have any

 4    question as to defendant's competence to enter a plea at this

 5    time?  I will ask the government first.

 6              MS. BESSLER:  No, Your Honor.

 7              THE COURT:  Mr. Dyke?

 8              MR. DYKE:  No, Your Honor.

 9              THE COURT:  I find the defendant is fully competent

10    and capable of entering an informed plea at this time.

11              Now, your desire here is to have a stipulated trial on

12    all counts in this case, is that right?

13              MR. DYKE:  Counts 1 --

14              THE COURT:  Actually, I was going to ask this

15    question.

16              So the superseding indictment that I have charges him

17    with six counts, but he's only going to trial on two?

18              MR. DYKE:  That's correct.

19              THE COURT:  What's happening with the others?

20              MR. DYKE:  Those would be dismissed at a sentencing

21    proceeding if there were to be a sentencing proceeding.

22              THE COURT:  Got it.

23              So is that part of the agreement here, because I

24    didn't think I saw that anywhere, Ms. Bessler?

25              MS. BESSLER:  Your Honor, yes, that is part of the
```

1    agreement.  At sentencing, the government will move to dismiss

2    the remaining charges.

3              THE COURT:  So in exchange for him having a stipulated

4    trial, the government would dismiss all those counts, is that

5    correct?

6              MR. DYKE:  That's correct.

7              THE COURT:  Is there any other parts of the agreement

8    that I don't know about?

9              MR. DYKE:  I don't believe so.

10             THE COURT:  Okay.  So, Mr. Beckley, you understand

11   that if you proceed with this stipulated trial as to Counts 1

12   and 2, that the government will dismiss the remaining counts of

13   the indictment at the time of sentencing?  Do you understand

14   that?

15             THE DEFENDANT:  Yes, Your Honor.

16             THE COURT:  Now, has anybody made you any other

17   promises in order to get you to agree to a stipulated trial?

18             THE DEFENDANT:  No, sir.

19             THE COURT:  For example, has anybody promised you the

20   sentence I am going to give you in this case?

21             THE DEFENDANT:  No, sir.

22             THE COURT:  And they couldn't because nobody knows

23   what the sentence is.  I don't even know what the sentence is

24   at this point.

25             Have you had enough time to talk with your attorney,

1    and are you satisfied with his services in this case?

2             THE DEFENDANT:  Yes, sir.

3             THE COURT:  All right.  I want to go over the rights

4    you are giving up by agreeing to proceed with the stipulated

5    trial.

6             You understand that you do have the right to go to a

7    jury trial or you could also have a bench trial in front of me

8    if you wanted to?

9             THE DEFENDANT:  Yes, Your Honor.

10            THE COURT:  And if you went to trial, the government

11   would have to prove you guilty beyond a reasonable doubt.  That

12   means they would have to convince 12 jurors to unanimously

13   convict you.  Do you understand?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  If you went to a full trial, either in

16   front of a jury or in front of me, you would have the right to

17   have your attorney with you.  He could make motions, make

18   objections, and cross-examine government witnesses.  Do you

19   understand that?

20            THE DEFENDANT:  Yes, sir.

21            THE COURT:  If you went to trial, you would have a

22   right to put on a defense.  That means you could call witnesses

23   or introduce exhibits.  But if you chose not to put on any

24   evidence, I would tell the jury they could not hold that

25   against you because the burden would be solely on the

1    government.  Do you understand that?

2            THE DEFENDANT:  Yes, sir.

3            THE COURT:  If you went to trial, you would have the

4    right to testify.  That means you could get up on the witness

5    stand and give your version of events.  But if you chose not to

6    testify, I would tell the jury they could not hold that against

7    you because you would have an absolute right to remain silent.

8    Do you understand that?

9            THE DEFENDANT:  Yes, sir.

10           THE COURT:  If you went to a jury trial, you would

11   have the right to appeal, and if you couldn't afford an

12   attorney, one would be appointed to represent you.  Do you

13   understand that?

14           THE DEFENDANT:  Yes, Your Honor.

15           THE COURT:  Now, in this case, if I find you guilty of

16   these two counts, you may still appeal my denial of your motion

17   to dismiss Count 1.  And that's what you gain by a stipulated

18   trial, because otherwise, if you pled guilty without a

19   stipulated -- if you just pled guilty, you wouldn't preserve

20   that right.  But you do preserve that right, and that's part of

21   the agreement here.  Do you understand?

22           THE DEFENDANT:  Yes, Your Honor, I do.

23           THE COURT:  But you can't appeal other parts, the

24   facts or the legal instructions that have been stipulated to

25   because you've already agreed to that and you couldn't appeal

1  that decision.  Do you understand?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Okay.  Now, do you understand that if you

4  are convicted in this case, you could be deprived of valuable

5  civil rights such as the right to vote, the right to hold

6  certain jobs, the right to serve on a jury, and the right to

7  possess any kind of firearm?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Now that you understand your rights to

10 have a jury trial, do you still want to proceed with a

11 stipulated bench trial?

12         THE DEFENDANT:  I believe, with my attorney's advice,

13 it's my best choice.

14         THE COURT:  All right.  But at the end of the day,

15 it's not his choice, it's your choice.  I agree that it would

16 make sense for you to listen to his advice, but it's your

17 choice, and I want to make sure that it's your desire to

18 proceed this way.

19         THE DEFENDANT:  Yes.

20         THE COURT:  Okay.  Do you have any questions about the

21 rights you are giving up or anything else in connection with

22 this stipulated trial?

23         THE DEFENDANT:  No, sir.

24         THE COURT:  Has anyone forced you or threatened you to

25 proceed this way?

1          THE DEFENDANT:  No, they have not.

2          THE COURT:  All right.  I am satisfied the defendant

3    understands his rights and what he is giving up in agreeing to

4    proceed with the stipulated trial and I, therefore, permit him

5    to do so.

6          All right.  You may have a seat, Mr. Beckley.  Thank

7    you very much.

8          All right.  So now let me ask the government.  I have

9    not seen the videos yet.  Is it your desire to play the videos?

10         MS. BESSLER:  Yes, it would be, Your Honor.

11         THE COURT:  So in this stipulated trial, do you wish,

12   as your opening statement, to proffer the facts as set forth in

13   the statement of facts for stipulated trial?

14         MS. BESSLER:  Yes.  We would rely on the stipulated

15   facts that have been provided to Your Honor.

16         THE COURT:  Thank you.

17         Does the defense wish to make an opening beyond that?

18         MR. DYKE:  No, Your Honor.

19         THE COURT:  Thank you.

20         All right.  I accept as the facts in the case those

21   that are stipulated and set forth in the statement of facts for

22   stipulated trial.  The government may also, in connection with

23   that, play their exhibits.

24         MS. BESSLER:  Thank you, Your Honor.  And before I do,

25   again, may I just make a few quick comments for the record as

1    it relates to this hearing?

2          THE COURT:  Sure.

3          MS. BESSLER:  First, you do have -- Your Honor, we

4    have provided to you the updated stipulated facts.

5          THE COURT:  Yes.

6          MS. BESSLER:  The originals were filed as ECF 52-1.

7    And I would just like to direct your attention to the changes.

8    There are two very small changes, Your Honor.  On paragraph 15,

9    we have just provided an additional cite to an exhibit,

10   Exhibit 8, as well as the addition of Exhibit 19.

11         THE COURT:  You mean paragraph 19?

12         MS. BESSLER:  I'm sorry, yes, paragraph 19.

13         THE COURT:  All right.

14         MS. BESSLER:  And I would direct your attention, Your

15   Honor, to page 8 of the stipulated facts.  On this page, the

16   parties agreed that if the Court finds the existence of these

17   facts beyond a reasonable doubt, then there is an agreement

18   between the parties that this evidence would establish every

19   element of Counts 1 and 2.  And I just want to make sure that

20   the defendant and defense understand that as well.

21         THE COURT:  That was in the prior statement of facts.

22         MS. BESSLER:  That's correct.  And it's retained in

23   the new one as well.

24         THE COURT:  Yes, I see that.  And I believe that

25   Mr. Beckley has so acknowledged that.  So thank you.

 1          MS. BESSLER:  Okay.  And just two additional points,

 2   Your Honor.  The video clips that we have referenced, the

 3   parties do agree that they are authentic and they are part of

 4   the record in this case.

 5          And finally, I would just ask if there is any

 6   additional information or clarification that you need, Your

 7   Honor, defense and I would be happy to make those

 8   clarifications for you before you make your ruling.

 9          THE COURT:  Yeah.  Okay.  The only issue I was

10   confused about what was happening with the remaining counts,

11   and now I understand.  And that's probably worth including that

12   in the agreement next time.

13          MS. BESSLER:  Next time, Your Honor.  Thank you.

14          THE COURT:  Okay.  Yes.  So go ahead.  You can go

15   ahead and play the video.

16          MS. BESSLER:  Okay.  Thank you.  I will just set up my

17   computer.

18          THE COURT:  All right.  Take your time.

19          MS. BESSLER:  Is there anything I need to do aside

20   from just plugging in the HDMI?

21          THE COURTROOM DEPUTY:  The turquoise plug right there.

22          MS. BESSLER:  This one?

23          THE COURTROOM DEPUTY:  Yes.

24          MS. BESSLER:  Okay.  Are you able to view that, Your

25   Honor?

1          THE COURT:  Yes.

2          MS. BESSLER:  Okay.  It's just not viewing on this.

3     Okay.

4          Your Honor, the government will just go in order, and

5     we will play Government's Exhibit 1.

6          THE COURT:  All right.  And I will just make sure I

7     note which paragraph.  So this will be on Exhibit 11 -- I'm

8     sorry, paragraph 11, Exhibit 1, refers to the facts there,

9     correct?

10         MS. BESSLER:  Yes, Your Honor.  And this exhibit is

11    approximately nine minutes in length.

12         THE COURT:  Okay.  Given this is just the entry, is

13    there a way to make this a little shorter?

14         MS. BESSLER:  The Court's indulgence.

15         Make the clip a little shorter, Your Honor?  Sure.

16         The defendant appears around 8 minutes and 24 seconds.

17         THE COURT:  Okay.  Why don't you then start at about

18    8?

19         MS. BESSLER:  8 minutes?  Okay.  Starting at 7 minutes

20    and 54 seconds.  Is that sufficient, Your Honor?

21         THE COURT:  Okay.

22         (The videotape was played.)

23         THE COURT:  Can you just pause it for a second.  I was

24    just asking you to pause it.  I was hoping that you would just

25    identify the defendant when he appears.

1          MS. BESSLER:  Absolutely.

2          THE COURT:  Great.

3          (The videotape was played.)

4          MS. BESSLER:  Your Honor, let me try to figure out how

5    to use this.  The defendant is right here (indicating).

6          THE COURT:  Okay.  Great.

7          (The videotape was played.)

8          MS. BESSLER:  And, Your Honor, prior to moving to

9    Exhibit 2, I don't know if you have in front of you ECF 53.

10   It's a joint notice of the stipulated trial exhibits that

11   defense and we filed.  It may assist you in just referencing

12   the exhibits.  I have an extra copy if you would like.

13         THE COURT:  Sure.  Great.

14         MS. BESSLER:  Okay.

15         THE COURT:  That's very helpful.  Thank you.

16         MS. BESSLER:  No problem.

17         THE COURT:  And so this one, can we, I guess -- this

18   Exhibit 2 is 13 minutes?

19         MS. BESSLER:  Yes.

20         THE COURT:  Can we cut that down a bit?

21         MS. BESSLER:  The exhibit is 13 minutes.  I think the

22   defendant appears in about 10 of those minutes.  Would you like

23   to see the whole clip, or I'm sorry, or at least where he

24   appears first, Your Honor?

25         THE COURT:  Sure.  Why don't we go to where he appears

 1   first and then we can see.

 2            MS. BESSLER:  Okay.  Playing Government's Exhibit 2

 3   starting at 2 minutes and 53 seconds.  And, Your Honor, the

 4   defendant is right here (indicating).

 5            THE COURT:  Okay.

 6            (The videotape was played.)

 7            MS. BESSLER:  Pausing, Your Honor, at 8 minutes and 44

 8   seconds, right here the defendant reappears in the frame.

 9            THE COURT:  Okay.

10            (The videotape was played.)

11            MS. BESSLER:  And, Your Honor, pausing at 10 minutes

12   and 1 seconds, the defendant is right here at the door

13   (indicating).

14            THE COURT:  Okay.

15            (The videotape was played.)

16            MS. BESSLER:  Taking down Exhibit 2 and pulling up

17   Exhibit 3, Your Honor, which is approximately 8 minutes in

18   length.

19            MR. DYKE:  Judge, very briefly, before we move to

20   Exhibit 3, in the first three minutes of the prior exhibit,

21   which weren't shown, the only thing we wanted to make sure the

22   Court was aware of --

23            (There was an interruption by the court reporter)

24            MR. DYKE:  I'm sorry.

25            It started in three minutes, and Mr. Beckley was in

1    the front of the line of the officers.  The three minutes

2    preceding, you will see Mr. Beckley walk up.  He doesn't make

3    any contact with the officer.  We had that extra three minutes

4    to show how he got up there.  Since it wasn't put on the

5    record, we wanted to make sure that you knew that.

6              THE COURT:  Thank you.

7              MS. BESSLER:  Your Honor, Exhibit 3 I would ask to

8    play in its entirety.  It's about 8 minutes and 20 seconds.

9              THE COURT:  Okay.

10             (The videotape was played.)

11             MS. BESSLER:  Taking down Exhibit 3 and moving to

12   Exhibit 4, which is about one minute in length, Your Honor, so

13   I would ask to play the whole video.

14             (The videotape was played.)

15             MS. BESSLER:  Taking down Exhibit 4 and pulling up

16   Exhibit 5, Your Honor, this clip is about 4 minutes in length.

17             THE COURT:  Okay.

18             (The videotape was played.)

19             MS. BESSLER:  Taking down Exhibit 5 and playing

20   Exhibit 6, which is less than 2 minutes in length.  And I will

21   pause at the very beginning, Your Honor.  The defendant is

22   circled here on the left-hand side of the screen.

23             THE COURT:  Okay.

24             (The videotape was played.)

25             MS. BESSLER:  Pausing at 1 minute, 40 seconds when the

1    defendant has left the Capitol.

2         THE COURT:  Okay.

3         MS. BESSLER:  Moving on to Exhibit 7.

4         (The videotape was played.)

5         MS. BESSLER:  Taking down Exhibit 7.

6         And finally, Your Honor, Exhibit 8.

7         (The videotape was played.)

8         MS. BESSLER:  Thank you, Your Honor.  And those were

9    the exhibits that the government has to provide to you.

10        THE COURT:  Okay.  Thank you very much.

11        MS. BESSLER:  Thank you.

12        THE COURT:  All right.  I find all of the facts that

13   are stipulated to be true.  Does the defense wish to put on any

14   evidence beyond this?

15        MR. DYKE:  No, Your Honor.  It was agreed upon that

16   this would be the completion or the full facts presented to the

17   Court.

18        THE COURT:  Understood.

19        All right.  Does the government wish to make argument,

20   closing argument, beyond what's set forth in the stipulated

21   facts including that the parties agree that the Court finds the

22   existence of these facts, that the evidence would establish the

23   elements of the two counts?

24        MS. BESSLER:  No, Your Honor.

25        THE COURT:  Defense?

1          MR. DYKE:  No, Your Honor.

2          THE COURT:  All right.  I, therefore, heard the facts

3   in this case.  I viewed -- I've reviewed the stipulated facts.

4   I find them all to be true.  I find they have been proven

5   beyond a reasonable doubt given the stipulation that has been

6   entered.  I have viewed the video clips which provide further

7   corroboration for the facts.  The clips have also been

8   incorporated within the statement of facts.  And I find all of

9   those facts to be true given the parties agreed that if I find

10  these facts beyond a reasonable doubt, which I do, that the

11  evidence would establish each and every element of Count 1 and

12  Count 2.  And I, therefore, find that, having established each

13  element of both counts beyond a reasonable doubt as stipulated,

14  I find the defendant guilty of Count 1 and Count 2 which have

15  been proven beyond a reasonable doubt.

16          Okay.  Anything else before we discuss sentencing,

17  Ms. Bessler?

18          MS. BESSLER:  Nothing from the government.

19          THE COURT:  Mr. Dyke?

20          MR. DYKE:  No, Your Honor.

21          THE COURT:  Okay.  Sentencing, I think we are setting

22  out 90 days.

23          THE COURTROOM DEPUTY:  Yes.  We are looking at May 24,

24  which is a Wednesday.  We could do 11:00 a.m. on May 24.

25          THE COURT:  How is that for the government?

1          MS. BESSLER:  Your Honor, brief indulgence while I

2   just check my calendar.

3          THE COURT:  Take your time.

4          MS. BESSLER:  I believe I have another sentencing on

5   that day.

6          THE COURT:  Okay.  Take your time.

7          Mr. Dyke, does that date work for you?

8          MR. DYKE:  Yes.

9          THE COURTROOM DEPUTY:  I could adjust the time if need

10  be, government.

11         MS. BESSLER:  And this is May 24?  I do have a

12  sentencing that day at 2:00 p.m.

13         THE COURT:  We should be done long before that.

14         MS. BESSLER:  Okay.  And the suggested time was?

15         THE COURT:  11:00.

16         MS. BESSLER:  11:00.  Okay.

17         THE COURT:  Okay.

18         MS. BESSLER:  That works.

19         THE COURT:  Great.  11:00, May 24 for sentencing.

20         Mr. Beckley, let me tell you what happens between now

21  and then, which you may already know from Mr. Dyke.  So you are

22  going to be interviewed by the probation department because

23  they prepare a presentence investigation report.  That report

24  details your background, your employment, your family, your

25  education, medical history, and they then present that to me.

1          If you wish to have your attorney with you when you

2     are interviewed, you may do that.  Then in advance of

3     sentencing, both the government and your attorney will submit

4     memoranda to me in which they propose a certain sentence.

5          You may submit letters on your own behalf.  And before

6     I impose sentence at the hearing, I will hear from the

7     government, your lawyer, and from you if you wish to speak.  Do

8     you understand all of that?

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  Okay.  Any issues regarding Mr. Beckley's

11    release conditions between now and then, Ms. Bessler?

12         MS. BESSLER:  No, Your Honor.  It appears that the

13    defendant has been complying with his pretrial conditions, and

14    the government would not be asking for a step back.

15         THE COURT:  Okay.  Mr. Beckley, I will permit you to

16    remain on the same release conditions that exist now.  I could

17    detain you between now and sentencing, but given, I'm sure, in

18    part your agreement to enter into a stipulated trial, the

19    government is not seeking what we call step back, which means

20    detention pending trial.  So I will permit you to remain on

21    your conditions.

22         As I'm sure Mr. Dyke has told you, any violation of

23    those conditions could not only result in a revocation of your

24    release, but would impact you negatively at your sentence.  Do

25    you understand that?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  Thank you very much.  All right.  Thank

3     you, everyone.  We will see you in May.

4          (The hearing concluded at 3:02 p.m.)

5                          - - -

6                    C E R T I F I C A T E

7

8          I hereby certify that the foregoing is an

9     accurate transcription of the proceedings in the

10    above-entitled matter.

11

12

13    3/9/23              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
14                        Official Court Reporter
                          333 Constitution Avenue NW
15                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts

16

17

18

19

20

21

22

23

24

25

A PROSPECTIVE JUROR:
[1] 8/21
MR. DYKE: [17] 2/13 4/6
5/17 5/24 9/8 9/13 9/18 9/20
10/6 10/9 14/18 19/19 19/24
21/15 22/1 22/20 23/8
MS. BESSLER: [51] 2/9
2/12 9/6 9/25 14/10 14/14
14/24 15/3 15/6 15/12 15/14
15/22 16/1 16/13 16/16
16/19 16/22 16/24 17/2
17/10 17/14 17/19 18/1 18/4
18/8 18/14 18/16 18/19
18/21 19/2 19/7 19/11 19/16
20/7 20/11 20/15 20/19
20/25 21/3 21/5 21/8 21/11
21/24 22/18 23/1 23/4 23/11
23/14 23/16 23/18 24/12
THE COURT: [107] 2/2 2/11
2/15 2/18 3/1 3/8 3/19 4/1
4/4 4/9 4/13 4/17 4/20 5/3
5/5 5/8 5/23 6/2 6/20 6/23
6/25 7/11 7/17 7/19 7/23 8/8
8/14 8/18 8/20 8/22 9/1 9/3
9/7 9/9 9/14 9/19 9/22 10/3
10/7 10/10 10/16 10/19
10/22 11/3 11/10 11/15
11/21 12/3 12/10 12/15
12/23 13/3 13/9 13/14 13/20
13/24 14/2 14/11 14/16
14/19 15/2 15/5 15/11 15/13
15/21 15/24 16/9 16/14
16/18 17/1 17/6 17/12 17/17
17/21 17/23 18/2 18/6 18/13
18/15 18/17 18/20 18/25
19/5 19/9 19/14 20/6 20/9
20/17 20/23 21/2 21/10
21/12 21/18 21/25 22/2
22/19 22/21 22/25 23/3 23/6
23/13 23/15 23/17 23/19
24/10 24/15 25/2
THE COURTROOM
DEPUTY: [7] 2/3 4/16 8/9
16/21 16/23 22/23 23/9
THE DEFENDANT: [44]
2/17 2/25 3/7 3/10 3/25 4/3
4/11 4/15 4/18 4/24 5/4 5/7
5/14 6/19 6/22 6/24 7/10
7/16 7/18 7/22 8/7 8/17 8/19
8/25 9/2 10/15 10/18 10/21
11/2 11/9 11/14 11/20 12/2
12/9 12/14 12/22 13/2 13/8
13/12 13/19 13/23 14/1 24/9
25/1

0

00285 [1] 1/3

1

10 [2] 18/22 19/11
11 [2] 17/7 17/8
11:00 [3] 23/15 23/16 23/19
11:00 a.m [1] 22/24
12 [1] 11/12
13 [2] 18/18 18/21
15 [1] 15/8
19 [6] 4/8 4/8 4/10 15/10
15/11 15/12

2

20 [1] 20/8
200 [1] 1/17
20001 [2] 1/21 25/15
2023 [1] 1/5
20530 [1] 1/13
21-00285 [1] 1/3
21-285 [1] 2/5
23 [2] 1/5 25/13
24 [5] 17/16 22/23 22/24
23/11 23/19
285 [1] 2/5
2:00 p.m [1] 23/12
2:01 [1] 2/1

3

3/30/1968 [1] 8/19
3/9/23 [1] 25/13
333 [2] 1/20 25/14
3:02 [1] 25/4

4

40 [1] 20/25
40202 [1] 1/17
44 [1] 19/7

5

53 [2] 18/9 19/3
54 [1] 17/20

6

601 [1] 1/13
629 [1] 1/16

9

90 [1] 22/22

A

a.m [1] 22/24
Aaron [2] 1/15 2/13
able [1] 16/24
about [13] 2/23 4/11 5/2 7/6
8/1 10/8 13/20 16/10 17/17
18/22 20/8 20/12 20/16
above [1] 25/10
above-entitled [1] 25/10
absolute [1] 12/7
Absolutely [1] 18/1
accept [2] 6/9 14/20
accurate [5] 4/23 6/1 6/13
6/18 25/9
acknowledged [1] 15/25
Actually [1] 9/14
add [1] 3/16
addition [2] 4/7 15/10
additional [5] 5/20 7/6 15/9
16/1 16/6
adjust [1] 23/9
advance [1] 24/2
advice [2] 13/12 13/16
afford [1] 12/11
after [1] 3/16
afternoon [7] 2/2 2/3 2/9 2/13
2/15 2/16 2/17
again [4] 4/1 4/13 6/2 14/25
against [2] 11/25 12/6
ago [2] 4/11 4/19
agree [14] 4/19 4/22 5/9 5/13

10/17 13/15 16/3 21/21
agreed [5] 5/11 12/25 15/16
21/15 22/9
agreeing [4] 2/22 5/11 11/4
14/3
agreement [12] 2/20 6/4 6/8
6/12 7/13 9/23 10/1 10/7
12/21 15/17 16/12 24/18
agrees [2] 5/18 5/25
ahead [3] 2/23 16/14 16/15
all [29] 2/18 2/24 3/17 5/13
5/18 5/24 6/2 6/25 7/11 8/6
9/12 10/4 11/3 13/14 14/2
14/6 14/8 14/20 15/13 16/18
17/6 21/12 21/12 21/19 22/2
22/4 22/8 24/8 25/2
already [2] 12/25 23/21
also [5] 6/25 7/13 11/7 14/22
22/7
am [8] 3/17 3/22 5/1 5/12 7/5
7/23 10/20 14/2
AMERICA [2] 1/2 2/5
another [2] 7/11 23/4
answer [1] 8/15
any [15] 6/5 8/5 8/15 8/22
9/3 10/7 10/16 11/23 13/7
13/20 16/5 20/3 21/13 24/10
24/22
anybody [2] 10/16 10/19
anyone [1] 13/24
anything [5] 7/3 8/23 13/21
16/19 22/16
anywhere [1] 9/24
appeal [4] 12/11 12/16 12/23
12/25
APPEARANCES [1] 1/10
appears [8] 3/5 7/14 17/16
17/25 18/22 18/24 18/25
24/12
appointed [1] 12/12
approach [2] 2/8 3/1
approximately [2] 17/11
19/17
are [32] 2/4 2/18 2/22 2/23
4/4 4/22 5/4 5/9 5/11 5/24
6/1 6/9 6/13 6/17 6/18 7/6
7/24 8/8 11/1 11/4 13/4
13/21 14/21 15/8 16/3 16/3
16/24 21/13 22/21 22/23
23/21 24/2
argument [2] 21/19 21/20
around [1] 17/16
articles [1] 4/25
as [21] 3/11 5/6 6/3 6/7 6/7
6/7 8/13 9/4 10/11 13/5
14/12 14/12 14/20 14/25
15/6 15/10 15/10 15/20
15/23 22/13 24/22
aside [1] 16/9
ask [8] 4/1 8/2 9/5 9/14 14/8
16/5 20/7 20/13
asking [2] 17/24 24/14
assist [1] 18/11
assumption [1] 3/10
attention [2] 15/7 15/14
attorney [6] 4/18 10/25 11/17
12/12 24/1 24/3
attorney's [1] 1/12 13/12

Avenue [1] 1/20 25/14
aware [1] 19/22

B

back [2] 24/14 24/19
background [1] 23/24
based [1] 7/9
be [24] 2/19 3/13 5/15 5/20
6/21 7/5 7/9 8/15 9/20 9/21
11/25 12/12 13/4 14/10 16/7
17/7 21/13 21/16 22/4 22/9
23/10 23/13 23/22 24/14
because [10] 3/17 5/9 8/14
9/23 10/22 11/25 12/7 12/18
12/25 23/22
BECKLEY [18] 1/5 2/6 2/14
2/16 2/20 4/9 5/17 5/25 6/4
7/1 8/11 10/10 14/6 15/25
19/25 20/2 23/20 24/15
Beckley's [1] 24/10
been [12] 3/12 5/11 5/20
5/25 8/12 12/24 14/15 22/4
22/5 22/7 22/15 24/13
before [9] 1/8 3/9 4/2 14/24
16/8 19/19 22/16 23/13 24/5
began [1] 2/1
beginning [2] 2/7 20/21
behalf [1] 24/5
believe [4] 10/9 13/12 15/24
23/4
bench [4] 1/8 2/4 11/7 13/11
22/17 24/11
Bessler [5] 1/11 2/10 9/24
best [1] 13/13
between [5] 6/9 15/18 23/20
24/11 24/17
beyond [9] 11/11 14/17
15/17 21/14 21/20 22/5
22/10 22/13 22/15
birth [1] 8/18
bit [2] 8/1 18/20
blue [1] 3/24
BOASBERG [1] 1/8
body [3] 3/11 3/12 3/13
born [1] 8/19
both [6] 2/11 5/9 6/5 6/12
22/13 24/3
brief [1] 23/1
briefly [1] 19/19
burden [1] 11/25
buyer [1] 6/7

C

calendar [1] 23/2
call [2] 11/22 24/19
called [1] 3/4
can [7] 2/19 8/9 16/14 17/23
18/17 18/20 19/1
can't [2] 5/8 12/23
capable [1] 9/10
Capitol [1] 21/1
case [10] 1/3 6/21 9/12
10/20 11/1 12/15 13/4 14/20
16/4 22/3
certain [4] 3/11 8/2 13/6 24/1
certify [1] 25/8
changes [1] 15/7 15/8
charges [2] 9/16 10/2
check [1] 23/2

**C**

choice [4]  13/13 13/15 13/15
 13/17
chose [2]  11/23 12/5
circled [1]  20/22
cite [1]  15/9
civil [1]  13/5
clarification [1]  16/6
clarifications [1]  16/8
clear [1]  8/6
clearly [1]  2/21
clip [3]  17/15 18/23 20/16
clips [3]  16/2 22/6 22/7
closing [1]  21/20
college [1]  8/21
COLUMBIA [2]  1/1 1/12
come [1]  3/1
comfortable [1]  5/13
comments [1]  14/25
Community [1]  1/15
competence [1]  9/4
competent [1]  9/9
completion [1]  21/16
complying [1]  24/13
computer [1]  16/17
concluded [1]  25/4
conditions [5]  24/11 24/13
 24/16 24/21 24/23
confused [1]  16/10
connection [2]  13/21 14/22
Constitution [2]  1/20 25/14
contact [1]  20/3
contained [1]  5/19
contract [4]  6/4 6/5 6/8 6/10
convict [1]  11/13
convicted [1]  13/4
convince [1]  11/12
copy [2]  4/16 18/12
correct [6]  7/21 9/18 10/5
 10/6 15/22 17/9
corroborate [1]  4/25
corroboration [1]  22/7
could [13]  5/15 8/15 11/7
 11/17 11/22 11/24 12/4 12/6
 13/4 22/24 23/9 24/16 24/23
couldn't [3]  10/22 12/11
 12/25
counsel [2]  2/7 9/3
Count [5]  12/17 22/11 22/12
 22/14 22/14
Count 1 [3]  12/17 22/11
 22/14
Count 2 [2]  22/12 22/14
counts [11]  9/12 9/13 9/17
 10/4 10/11 10/12 12/16
 15/19 16/10 21/23 22/13
Counts 1 [3]  9/13 10/11
 15/19
court [9]  1/1 1/20 8/24 15/16
 19/22 19/23 21/17 21/21
 25/14
Court's [1]  17/14
criminal [1]  1/3 2/4
cross [1]  11/18
cross-examine [1]  11/18
CRR [2]  1/19 25/13
cut [1]  18/20

**D**

D.C [4]  1/4 1/13 1/21 25/15
DAMON [3]  1/5 2/5 8/11
date [2]  8/18 23/7
day [5]  4/19 7/7 13/14 23/5
 23/12
days [2]  8/23 22/22
dcd.uscourts [1]  25/15
dcd.uscourts.gov [1]  1/21
decision [2]  7/25 13/1
defendant [16]  1/6 1/15 9/9
 14/2 15/20 17/16 17/25 18/5
 18/22 19/14 19/8 19/12 20/21
 21/1 22/14 24/13
defendant's [1]  9/4
Defender's [1]  1/16
defense [7]  11/22 14/17
 15/20 16/7 18/11 21/13
 21/25
denial [1]  12/16
department [1]  23/22
deprived [1]  13/4
desire [3]  9/11 13/17 14/9
details [1]  23/24
detain [1]  24/17
detention [1]  24/20
determination [1]  7/8
did [12]  3/8 3/10 3/13 3/15
 3/16 3/17 4/5 5/1 7/7 7/17
 7/18 8/20
didn't [1]  9/24
different [2]  3/20 4/4
difficult [1]  8/23
direct [2]  15/7 15/14
discuss [1]  22/16
dismiss [4]  10/1 10/4 10/12
 12/17
dismissed [1]  9/20
DISTRICT [4]  1/1 1/1 1/9
 1/12
do [34]  2/20 2/24 4/13 4/14
 6/23 7/9 7/23 8/16 10/13
 11/6 11/13 11/18 12/1 12/8
 12/12 12/20 12/21 12/22
 13/1 13/3 13/10 13/20 14/5
 14/11 14/24 15/3 16/3 16/19
 22/10 22/24 23/11 24/2 24/7
 24/24
document [8]  3/3 3/9 5/18
 5/19 5/24 7/1 7/12 7/12
does [5]  9/3 14/17 21/13
 21/19 23/7
doesn't [1]  20/2
don't [9]  3/1 5/12 8/5 10/8
 10/9 10/23 17/17 18/9 18/25
done [1]  23/13
door [1]  19/12
doubt [7]  3/14 11/11 15/17
 15/22 20/10 22/13 22/15
down [6]  18/20 19/16 20/11
 20/15 20/19 21/5
drugs [1]  8/22
druthers [1]  5/19
duly [1]  8/12
Dyke [10]  1/15 2/13 4/5 6/2
 7/2 9/7 22/19 23/7 23/21
 24/22

**E**

each [2]  22/11 22/12
ECF [2]  15/6 18/9
ECF 52-1 [1]  15/6
ECF 53 [1]  18/9
education [1]  23/25
either [2]  9/3 11/15
element [3]  15/19 22/11
 22/13
elements [3]  3/11 3/16 21/23
else [4]  7/3 8/23 13/21 22/16
employment [1]  23/24
end [2]  3/13 13/14
enough [1]  10/25
ensure [1]  8/2
enter [4]  6/5 8/3 9/4 24/18
entered [1]  22/6
entering [1]  9/10
entirety [1]  20/8
entitled [1]  25/10
entry [1]  17/12
Esquire [3]  1/11 1/11 1/15
essentially [1]  7/19
establish [3]  15/18 21/22
 22/11
established [1]  22/12
even [2]  6/13 10/23
events [1]  12/5
every [2]  15/18 22/11
everyone [3]  2/24 2/3 2/3
evidence [9]  2/24 3/11 3/12
 3/13 11/24 15/18 21/14
 21/22 22/11
exactly [1]  2/23
examine [1]  11/18
examined [1]  8/12
example [1]  10/19
exchange [1]  10/3
exculpatory [1]  6/16
exhibit [25]  15/9 15/10 15/10
 17/5 17/7 17/8 17/10 18/9
 18/18 18/21 19/2 19/16
 19/17 19/20 19/20 20/7
 20/11 20/12 20/15 20/16
 20/19 20/20 21/3 21/5 21/6
Exhibit 8 [1]  15/10
exhibits [5]  11/23 14/23
 18/10 18/12 21/9
exist [1]  24/16
existence [2]  15/16 21/22
explain [1]  5/5
explained [1]  4/18
extra [2]  18/12 20/3

**F**

fact [4]  3/6 3/16 6/1 7/21
facts [40]  3/4 4/4 4/21 5/9
 5/10 5/12 5/13 5/15 5/19
 5/20 5/24 6/1 6/13 6/14 6/16
 6/17 6/21 7/9 8/1 12/24
 14/12 14/13 14/15 14/20
 14/21 15/4 15/15 15/17
 15/21 17/8 21/12 21/16
 21/21 21/22 22/2 22/3 22/7
 22/8 22/9 22/10
fair [1]  4/20
fairly [1]  5/2
false [1]  8/16
falsely [1]  8/15

**F** (cont.)

family [1]  9/3
far [1]  8/20
fashion [1]  2/22
February [1]  1/5
Federal [1]  1/15
few [1]  14/25
figure [1]  18/4
filed [2]  15/6 18/11
finally [2]  16/5 21/6
find [9]  9/9 12/15 21/12 22/4
 22/4 22/8 22/9 22/12 22/14
finds [2]  15/16 21/21
firearm [1]  13/7
first [7]  2/21 8/12 9/5 15/3
 18/24 19/1 19/20
follow [1]  8/24
following [1]  2/1
follows [1]  8/13
forced [1]  13/24
foregoing [1]  25/8
forth [3]  14/12 14/21 21/20
forward [1]  5/12
Fourth [1]  1/16
frame [1]  19/8
front [6]  3/3 11/7 11/16 11/16
 18/9 20/1
full [2]  11/15 21/16
fully [2]  5/12 9/9
further [1]  22/6

**G**

gain [1]  12/17
get [4]  6/6 6/7 10/17 12/4
give [3]  5/21 10/20 12/5
given [4]  17/12 22/5 22/9
 24/17
giving [4]  7/24 11/4 13/21
 14/3
go [11]  2/21 2/23 5/12 7/23
 8/20 11/3 11/6 16/14 16/14
 17/4 18/25
going [10]  2/24 3/12 3/22 7/8
 7/23 8/8 9/14 9/17 10/20
 23/22
good [8]  2/2 2/3 2/9 2/13
 2/15 2/16 2/17 6/3
got [2]  9/22 20/4
government [22]  2/7 6/14 7/4
 9/5 10/1 10/4 10/12 11/10
 11/18 12/1 14/8 14/22 17/4
 21/9 21/19 22/18 22/25
 23/10 24/3 24/7 24/14 24/19
Government's [2]  17/5 19/2
Great [4]  18/2 18/6 18/13
 23/19
guess [1]  18/17
guilt [1]  7/8
guilty [5]  11/11 12/15 12/18
 12/19 22/14

**H**

had [4]  3/11 5/19 10/25 20/3
hand [2]  8/10 20/22
happening [2]  9/19 16/10
happens [1]  23/20
happy [3]  5/2 7/5 16/7
has [11]  3/23 7/2 10/16
 10/19 13/24 15/25 21/1 21/9
 22/5 24/13 24/22
have [50]  3/3 3/5 4/22 4/22

**H**

have... [46]  5/11 5/20 5/25
6/3 6/13 6/14 6/16 6/25 7/11
7/14 8/8 8/22 9/3 9/11 9/16
10/25 11/6 11/7 11/11 11/12
11/16 11/17 11/21 12/3 12/7
12/11 12/24 13/10 13/20
14/1 14/6 14/8 14/15 15/3
15/4 15/9 16/2 18/9 18/12
22/4 22/6 22/7 22/14 23/4
23/11 24/1
having [3]  8/12 10/3 22/12
HDMI [1]  16/20
he [15]  2/14 4/5 4/6 5/18
5/19 5/25 6/8 7/4 11/17 14/3
17/25 18/23 18/25 20/2 20/4
he's [2]  5/18 9/17
hear [4]  7/5 7/7 7/25 24/6
heard [1]  22/2
hearing [3]  15/1 24/6 25/4
helpful [1]  18/15
here [14]  2/4 2/18 3/5 3/17
4/4 7/12 9/11 9/23 12/21
18/5 19/4 19/8 19/12 20/22
hereby [1]  25/8
highest [1]  6/6
him [3]  9/16 10/3 14/4
his [6]  5/19 11/1 13/15 13/16
14/3 24/13
history [1]  23/25
hold [3]  11/24 12/6 13/5
Honor [52]  2/9 2/17 3/7 3/14
3/18 4/12 5/14 8/17 8/25 9/6
9/8 9/25 10/15 11/9 12/14
12/22 14/10 14/15 14/18
14/24 15/3 15/8 15/15 16/2
16/7 16/13 16/25 17/4 17/10
17/15 17/20 18/4 18/8 18/24
19/3 19/7 19/11 19/17 20/7
20/12 20/16 20/21 21/6 21/8
21/15 21/24 22/1 22/20 23/1
24/9 24/12 25/1
HONORABLE [1]  1/8
hoping [3]  6/6 6/8 17/24
how [4]  8/20 18/4 20/4 22/25

**I**

I'm [8]  3/19 7/2 15/12 17/7
18/23 19/24 24/17 24/22
I've [1]  22/3
identify [2]  2/8 17/25
impact [1]  24/24
impose [1]  24/6
included [1]  5/20
including [2]  16/11 21/21
incorporated [1]  22/8
inculpatory [1]  6/15
indicating [3]  18/5 19/14 19/13
indictment [2]  9/16 10/13
indulgence [2]  17/14 23/1
inflammatory [1]  6/15
information [1]  16/6
informed [1]  9/10
innocence [1]  7/8
instructions [1]  12/24
interruption [1]  19/23
interviewed [2]  23/22 24/2
introduce [1]  11/23
investigation [1]  23/23

3/22 3/24 4/7 4/9 4/20 5/6
5/10 5/17 5/18 6/4 6/8 6/12
7/2 7/8 7/12 7/14 7/16 7/20
7/23 7/24 8/4 9/9 9/19 9/12
9/23 9/25 10/4 10/7 10/23
10/23 14/3 14/9 15/17 16/5
16/19 17/10 17/12 17/12
17/20 18/5 18/18 18/21 19/4
19/12 19/17 20/12 20/16
20/20 20/21 22/24 22/25
23/11 24/19 25/8
issue [1]  16/9
issues [1]  24/10
it [27]  3/5 3/7 3/9 3/15 3/17
4/2 4/11 4/13 4/20 5/1 5/11
6/3 7/5 7/16 8/23 9/22 13/15
14/9 14/10 15/1 17/23 17/24
18/11 19/25 20/4 21/15
24/12
it's [11]  5/10 7/2 13/13 13/15
13/15 13/16 13/17 15/22
17/2 18/10 20/8
its [1]  20/8

**J**

JAMES [1]  1/8
JEB [1]  1/3
jobs [1]  13/6
joint [1]  18/10
JUDGE [2]  1/9 19/19
Julie [2]  1/11 2/9
jurors [1]  11/12
jury [9]  7/13 7/20 11/7 11/16
11/24 12/6 12/10 13/6 13/10
just [20]  6/5 7/1 12/19 14/25
15/7 15/9 15/19 16/1 16/5
16/16 16/20 17/2 17/4 17/6
17/12 17/23 17/24 17/24
18/11 23/2

**K**

Kaitlin [2]  1/11 2/10
Kentucky [2]  1/15 1/17
kind [1]  13/7
Klaman [1]  1/11
Klamann [1]  2/10
knew [1]  20/5
know [6]  7/6 8/6 10/8 10/23
18/9 23/21
knows [1]  10/22

**L**

last [2]  3/6 8/23
lawyer [1]  24/7
least [1]  18/23
lectern [2]  2/8 3/2
left [2]  20/22 21/1
left-hand [1]  20/22
legal [1]  12/24
length [5]  17/11 19/18 20/12
20/16 20/20
less [1]  20/20
let [7]  4/1 5/5 7/1 8/5 14/8
18/4 23/20
letters [1]  24/5
like [10]  2/20 4/14 5/6 5/11
6/4 6/5 6/15 15/7 18/12
18/22
liked [1]  6/14

line [1]  20/1
listen [1]  13/16
little [3]  8/1 17/13 17/15
long [1]  23/13
looking [1]  22/23
Louisville [1]  1/17
low [1]  6/7

**M**

made [1]  10/16
make [22]  2/21 5/1 6/16 7/24
8/6 8/23 11/17 11/17 13/16
13/17 14/17 14/25 15/19
16/7 16/8 17/6 17/13 17/15
19/21 20/2 20/5 21/19
matter [2]  2/4 25/10
may [13]  12/16 14/6 14/22
14/25 18/11 22/23 22/24
23/11 23/19 23/21 24/2 24/25
25/3
May 24 [4]  22/23 22/24
23/11 23/19
maybe [2]  6/13 6/15
me [14]  3/4 4/1 5/5 7/1 7/6
8/5 8/18 11/7 11/16 14/8
18/4 23/20 23/25 24/4
mean [1]  15/11
means [4]  11/12 11/22 12/4
24/19
medical [1]  23/25
medications [1]  8/22
memoranda [1]  24/4
MICHAEL [3]  1/5 2/5 8/11
might [3]  6/6 6/7 8/23
minute [2]  20/12 20/25
minutes [18]  17/11 17/16
17/19 17/19 18/18 18/21
18/22 19/3 19/7 19/11 19/17
19/20 19/25 20/1 20/3 20/8
20/16 20/20
more [5]  6/12 6/14 6/15 6/16
8/1
motion [1]  12/16
motions [1]  11/17
move [2]  10/1 19/19
moving [3]  18/8 20/11 21/3
Mr. [24]  2/14 2/16 2/20 4/5
4/9 5/17 5/25 6/2 6/4 7/1 7/2
9/7 10/10 14/6 15/25 19/25
20/2 22/19 23/7 23/20 23/21
24/10 24/15 24/22
Mr. Beckley [15]  2/14 2/16
2/20 4/9 5/17 5/25 6/4 7/1
10/10 14/6 15/25 19/25 20/2
23/20 24/15
Mr. Beckley's [1]  24/10
Mr. Dyke [8]  4/5 6/2 7/2 9/7
22/19 23/7 23/21 24/22
Ms. [3]  9/24 22/17 24/11
Ms. Bessler [3]  9/24 22/17
24/11
much [3]  14/7 21/10 25/2
my [10]  4/18 4/25 7/8 8/5
8/15 12/16 13/12 13/13
16/16 23/2

**N**

NBC [1]  4/25
need [4]  8/2 16/6 16/19 23/9

negative [1]  24/24
negotiation [1]  5/21
nestor [5]  1/19 1/21 25/13
25/13 25/15
new [4]  3/21 3/23 4/21 15/23
next [2]  16/12 16/13
nine [3]  3/3 3/23 17/11
nine-page [1]  3/3
no [17]  1/3 4/6 6/21 8/25 9/6
9/8 10/18 10/21 13/23 14/1
14/18 18/16 21/15 21/24
22/1 22/20 24/12
nobody [1]  10/22
Northwest [1]  1/13
not [22]  3/11 3/13 3/17 4/3
5/1 5/11 5/20 6/6 6/7 7/2
7/20 11/23 11/24 12/5 12/6
13/15 14/1 14/9 17/2 24/14
24/19 24/23
note [1]  17/7
nothing [2]  6/12 22/18
notice [1]  18/10
now [16]  3/21 3/23 4/20 6/5
7/23 9/11 10/16 12/15 13/3
13/9 14/8 16/11 23/20 24/11
24/16 24/17
NPR [1]  4/25
NW [2]  1/20 25/14

**O**

oath [2]  8/12 8/14
objections [1]  11/18
Office [2]  1/12 1/16
officer [1]  20/3
officers [1]  20/1
Official [2]  1/20 25/14
Oh [1]  4/18
Okay [46]  2/15 3/19 4/4 4/9
4/13 4/17 5/3 5/23 6/20 7/11
7/23 8/8 8/14 10/10 13/3
13/20 16/1 16/9 16/14 16/16
16/24 17/2 17/3 17/12 17/17
17/19 17/21 18/6 18/14 19/2
19/5 19/9 19/14 20/9 20/17
20/23 21/2 21/10 22/16
22/21 23/6 23/14 23/16
23/17 24/10 24/15
old [2]  3/20 4/7
omission [1]  4/24
one [12]  3/20 3/20 3/21 3/23
4/5 4/25 4/25 12/12 15/23
16/22 18/17 20/12
only [6]  4/7 7/9 9/17 16/9
19/21 24/23
opening [2]  14/12 14/17
order [2]  10/17 17/4
original [1]  3/24
originals [1]  15/6
other [5]  5/1 6/14 10/7 10/16
12/23
others [3]  5/15 6/21 9/19
otherwise [1]  12/18
out [2]  18/4 22/22
over [5]  2/21 4/2 4/8 7/24
11/3
own [1]  24/5

**P**

p.m [3]  2/1 23/12 25/4
page [6]  3/3 3/6 7/12 7/14

**P**

page... [2] 15/15 15/15
pages [1] 3/23
paragraph [9] 4/6 4/8 4/8
4/10 15/8 15/11 15/12 17/7
17/8
part [8] 5/21 5/21 7/25 9/23
9/25 12/20 16/3 24/18
parties [5] 15/16 15/18 16/3
21/21 22/9
parts [2] 10/7 12/23
pause [3] 17/23 17/24 20/21
pausing [3] 19/7 19/11 20/25
pen [1] 3/24
pending [1] 24/20
perjury [1] 8/16
permit [3] 14/4 24/15 24/20
Plaintiff [2] 1/3 1/11
play [6] 14/9 14/23 16/15
17/5 20/8 20/13
played [12] 17/22 18/3 18/7
19/6 19/10 19/15 20/10
20/14 20/18 20/24 21/4 21/7
playing [1] 19/2 20/19
plea [4] 2/19 5/6 9/4 9/10
please [2] 2/7 3/2
pled [2] 12/18 12/19
plug [1] 16/21
plugging [1] 16/20
point [1] 10/24
points [1] 16/1
possess [1] 13/7
preceding [1] 20/2
prepare [1] 23/23
present [5] 2/14 7/4 7/4 7/5
23/25
presented [1] 21/16
presentence [1] 23/23
preserve [2] 12/19 12/20
pretrial [1] 24/13
price [2] 6/6 6/7
prior [3] 15/21 18/8 19/20
probably [1] 16/11
probation [1] 23/22
problem [1] 18/16
proceed [9] 2/22 5/8 7/20
10/11 11/4 13/10 13/18
13/25 14/4
proceeding [2] 9/21 9/21
proceedings [3] 2/1 8/24 25/9
process [1] 5/22
proffer [1] 14/12
promised [1] 10/19
promises [1] 10/17
propose [1] 24/4
prosecuted [1] 8/15
prosecution [1] 3/16
prove [1] 11/11
proven [2] 22/4 22/15
provide [2] 21/9 22/6
provided [4] 4/16 14/15 15/4
15/9
pulling [2] 19/16 20/15
put [7] 3/12 6/14 8/14 11/22
11/23 20/4 21/13
putting [1] 6/3

**Q**

question [3] 3/22 9/4 9/15

questions [4] 9/2 9/8 9/15
13/20
quick [1] 14/25

**R**

raise [1] 8/9
read [9] 3/8 4/1 4/10 4/11
4/13 4/22 5/18 5/25 7/17
reappears [1] 19/8
reasonable [7] 3/14 11/11
15/17 22/5 22/10 22/13
22/15
record [4] 2/8 14/25 16/4
20/5
referenced [1] 16/2
referencing [1] 18/11
refers [1] 17/8
regard [1] 2/24
regarding [1] 24/10
relates [1] 15/1
release [2] 24/11 24/16
24/24
rely [1] 14/14
remain [3] 12/7 24/16 24/20
remaining [3] 10/2 10/12
16/10
report [2] 23/23 23/23
REPORTED [1] 1/19
reporter [3] 1/20 19/23 25/14
represent [1] 12/12
result [1] 24/23
retained [1] 15/22
reviewed [1] 22/3
revocation [1] 24/23
right [38] 2/18 2/24 6/2 6/25
7/11 8/6 8/9 9/12 11/3 11/6
11/16 11/22 12/4 12/7 12/11
12/20 12/20 13/5 13/5 13/6
13/6 13/14 14/2 14/6 14/8
14/20 15/13 16/18 16/21
17/6 18/5 19/4 19/8 19/12
21/12 21/19 22/2 25/2
rights [9] 2/21 7/13 7/24 8/3
11/3 13/5 13/9 13/21 14/3
RMR [1] 1/19 25/13
ruling [1] 16/8

**S**

said [1] 5/6
same [2] 6/11 24/16
satisfied [3] 6/17 11/1 14/2
saw [1] 9/24
say [3] 4/20 5/18 7/1
school [1] 8/20
screen [1] 20/22
seat [1] 14/6
second [2] 7/14 17/23
seconds [7] 17/16 17/20 19/3
19/8 19/12 20/8 20/25
see [5] 15/24 18/23 19/1
20/2 25/3
seeking [1] 24/19
seen [1] 14/9
seller [1] 6/7
sense [1] 13/16
sentence [6] 10/20 10/23
10/23 24/4 24/6 24/24
sentencing [13] 7/3 7/3 9/20
9/21 10/1 10/13 22/16 22/21

serve [1] 13/6
services [1] 11/1
set [4] 14/12 14/21 16/16
20/21
setting [1] 22/21
shorter [2] 17/13 17/15
should [1] 23/13
show [2] 3/22 20/4
showing [2] 3/19 3/20
shown [1] 19/21
side [2] 9/3 20/22
sides [5] 5/6 6/5 6/9 6/12 8/1
sign [3] 3/15 3/17 4/5
signature [6] 3/5 3/6 3/24
3/24 7/14 7/15
signed [4] 3/9 4/2 4/6 6/25
silent [1] 12/7
Since [1] 20/4
sir [14] 2/16 2/25 3/25 7/10
7/22 8/7 10/18 10/21 11/2
11/14 11/20 12/2 12/9 13/23
six [1] 9/17
small [1] 15/8
so [35] 2/20 3/1 3/3 3/15
3/17 3/22 4/1 4/9 4/19 4/20
5/5 5/12 5/17 6/11 6/12 7/1
7/5 7/11 8/2 9/16 9/23 10/3
10/9 10/10 14/5 14/8 14/11
15/25 15/25 16/14 17/7
18/17 20/12 23/21 24/20
solely [1] 11/25
some [5] 2/19 3/13 3/16 7/7
8/21
sorry [5] 3/19 15/12 17/8
18/23 19/24
sort [1] 5/6
sounds [1] 5/11
South [1] 1/16
speak [1] 24/7
stand [1] 12/5
start [1] 17/17
started [1] 19/25
starting [2] 17/19 19/3
statement [8] 3/4 4/21 8/16
14/12 14/13 14/21 15/21
22/8
states [8] 1/1 1/2 1/9 1/12
2/5 2/10 6/10 9/1
step [2] 24/14 24/19
still [3] 3/23 12/16 13/10
stipulated [38] 1/8 2/4 2/19
3/4 4/21 5/5 5/8 5/10 6/11
6/17 6/21 7/9 7/20 8/4 9/11
10/3 10/11 10/17 11/4 12/17
12/19 12/24 13/11 13/22
14/4 14/11 14/13 14/14
15/18 15/24 15/25 15/15
18/10 21/13 21/20 22/3
22/13 24/18
stipulation [3] 6/4 6/12 22/5
Street [2] 1/13 1/16
submit [2] 24/3 24/5
such [1] 13/5
sufficient [1] 17/20
suggested [1] 23/14
Suite [1] 1/17
superseding [1] 9/16
support [1] 3/14

sworn [2] 8/8 8/12

**T**

take [4] 5/22 16/18 23/3 23/6
taken [1] 8/22
Taking [5] 19/16 20/11 20/15
20/19 21/5
talk [2] 2/23 10/25
tammy [5] 1/19 1/21 25/13
25/13 25/15
tell [4] 8/18 11/24 12/6 23/20
testified [1] 8/13
testify [2] 12/4 12/6
testimony [5] 5/1
than [3] 5/1 6/12 20/20
thank [16] 2/12 4/15 14/6
14/16 14/19 14/24 14/25
16/13 16/16 18/15 20/6 21/8
21/10 21/11 25/2 25/2
that [128] 3/3 3/6 3/11 3/11
3/13 3/14 3/15 3/24 4/5 4/6
4/9 4/9 4/14 4/19 4/20 4/20
4/21 4/22 4/25 5/1 5/5 5/13
5/18 5/20 5/24 5/24 5/25 6/3
6/9 6/13 6/14 6/16 6/17 6/17
6/18 6/20 7/3 7/4 7/4 7/5 7/7
7/9 7/12 7/13 7/15 7/19 7/20
7/24 8/3 8/16 8/23 9/12 9/16
9/23 9/24 9/25 10/4 10/8
10/11 10/12 10/14 11/6
11/11 11/19 11/22 11/24
12/1 12/4 12/6 12/8 12/13
12/20 12/20 12/24 12/25
13/1 13/3 13/9 13/15 13/17
14/15 14/17 14/21 14/23
15/16 15/18 15/19 15/20
15/21 15/24 15/24 15/25
16/2 16/3 16/6 16/11 16/24
17/20 17/24 18/10 18/20
20/3 20/5 20/5 21/9 21/12
21/15 21/21 21/21 21/22
22/5 22/9 22/10 22/12 22/25
23/5 23/7 23/12 23/13 23/18
23/23 23/25 24/2 24/8 24/12
24/16 24/25 25/8
that's [16] 3/4 3/23 5/10 5/21
5/21 6/3 6/11 6/23 7/7 9/18
10/6 12/17 12/20 15/22
16/11 18/15
their [1] 14/23
them [5] 2/22 3/17 4/16 8/6
22/4
then [10] 2/23 3/12 7/25
15/17 17/17 19/12 23/21
23/25 24/2 24/11
there [21] 3/15 3/21 3/24 4/4
5/15 5/16 5/19 7/6 7/14 7/15
9/21 10/7 15/8 15/17 16/5
16/19 16/21 17/8 17/13
19/23 20/4
there's [1] 3/3
therefore [3] 14/4 22/2 22/12
these [9] 4/22 6/13 6/17 6/21
8/24 12/16 15/16 21/22
22/10
they [14] 4/22 6/9 6/18 10/22

T

they... [10]  11/12 11/24 12/6
14/1 16/3 16/3 22/4 23/23
23/25 24/4
thing [1]  19/21
things [1]  7/6
think [6]  2/20 5/17 6/2 9/24
18/21 22/21
thinking [1]  3/15
this [46]  2/22 3/8 3/23 4/1
4/18 4/20 5/22 6/21 7/1 7/12
7/17 7/19 7/24 8/3 9/4 9/10
9/12 9/14 10/11 10/20 10/24
11/1 12/15 13/4 13/18 13/22
13/25 14/11 15/1 15/15
15/18 16/4 16/22 17/2 17/7
17/10 17/12 17/13 18/5
18/17 18/17 20/16 21/14
21/16 22/3 23/11
those [14]  3/13 3/16 5/1 5/14
5/25 7/8 9/20 10/4 14/20
16/7 18/22 21/8 22/9 24/23
though [1]  5/25
threatened [1]  13/24
three [4]  19/20 19/25 20/1
20/3
time [12]  7/5 9/5 9/10 10/13
10/25 16/12 16/13 16/18
23/3 23/6 23/9 23/14
today [7]  2/4 2/18 3/17 4/3
4/6 6/23 7/2
today's [1]  4/7
told [2]  7/2 24/22
top [1]  3/5
transcription [1]  25/9
trial [40]  1/8 2/4 2/19 3/4
4/21 5/5 5/9 5/10 5/10 6/11
6/20 7/2 7/13 7/20 7/20 8/4
9/11 9/17 10/4 10/11 10/17
11/5 11/7 11/7 11/10 11/15
11/21 12/3 12/10 12/18
13/10 13/11 13/22 14/4
14/11 14/13 14/22 18/10
24/18 24/20
true [4]  4/9 21/13 22/4 22/9
try [2]  8/6 18/4
trying [1]  5/17
turquoise [1]  16/21
two [9]  4/19 4/24 7/12 8/23
9/17 12/16 15/8 16/1 21/23
two-page [1]  7/12

U

ultimately [1]  6/8
unanimously [1]  11/12
under [2]  3/10 8/14
understand [24]  2/22 3/8
3/21 7/9 7/17 8/3 8/5 8/16
10/10 10/13 11/6 11/13
11/19 12/1 12/8 12/13 12/21
13/1 13/3 13/9 15/20 16/11
24/8 24/25
understands [1]  14/3
Understood [1]  21/18
UNITED [7]  1/1 1/2 1/9 1/12
2/5 2/10 9/1
unless [1]  5/9
until [1]  5/12
up [12]  3/1 3/13 7/24 11/4

20/2 20/4 20/15
updated [2]  4/21 15/4
upon [3]  5/11 6/21 21/15
use [1]  18/5

V

valuable [1]  13/4
version [3]  4/7 4/7 12/5
versus [1]  2/5
very [8]  2/21 14/7 15/8 18/15
19/19 20/21 21/10 25/2
video [6]  16/2 16/15 20/13
22/6
videos [2]  14/9 14/9
videotape [12]  17/22 18/3
18/7 19/6 19/10 19/15 20/10
20/14 20/18 20/24 21/4 21/7
view [1]  16/24
viewed [2]  22/3 22/6
viewing [1]  17/2
violation [1]  24/22
voluntary [2]  7/25 8/4
vote [1]  13/5

W

waiver [1]  7/13
walk [1]  20/2
want [9]  4/13 5/12 6/16 7/3
7/6 11/3 13/10 13/17 15/19
wanted [1]  11/8 19/21 20/5
wants [2]  7/4 7/4
was [30]  3/10 3/15 3/19 3/20
6/8 8/12 9/2 9/9 9/14 15/21 16/9
16/10 17/22 17/23 17/24
18/3 18/7 19/6 19/10 19/10 19/15
19/22 19/23 19/25 20/10
20/14 20/18 20/24 21/4 21/7
21/15 23/14
Washington [4]  1/4 1/13 1/21
25/15
wasn't [1]  20/4
way [4]  6/3 13/18 13/25
17/13
ways [1]  2/19
we [28]  2/3 2/18 2/23 2/23
4/8 5/4 8/8 14/14 15/3 15/9
16/2 17/5 18/11 18/17 18/20
18/25 19/1 19/19 19/21 20/3
20/5 22/16 22/21 22/23
22/24 23/13 24/19 25/3
Wednesday [1]  22/24
week [1]  4/11
Welcome [1]  2/11
well [3]  15/10 15/20 15/23
went [6]  4/8 11/10 11/15
11/21 12/3 12/10
were [8]  3/12 6/6 6/14 6/16
9/1 9/21 15/6 21/8
weren't [1]  19/21
West [1]  1/15
what [16]  2/20 2/23 5/9 5/10
5/17 6/9 6/23 7/7 7/23 10/23
10/23 12/17 14/3 16/10
23/20 24/19
what's [3]  5/15 9/19 21/20
when [4]  7/7 17/25 20/25
24/1
where [5]  5/4 5/10 6/5 18/23
18/25

19/21 20/12 20/20 22/6
22/10 22/14 22/24 23/21
24/4 24/19
while [1]  23/1
whole [2]  18/23 20/13
why [3]  3/1 17/17 18/25
will [20]  2/23 6/21 7/5 7/25
8/6 9/5 10/1 10/12 16/16
17/4 17/5 17/6 17/7 20/2
20/20 24/3 24/6 24/15 24/20
25/3
willing [1]  6/9
willingness [1]  8/3
wish [8]  6/23 7/19 14/11
14/17 21/13 21/19 24/1 24/7
within [1]  22/8
without [1]  12/18
witness [1]  12/4
witnesses [2]  11/18 11/22
work [1]  23/7
works [1]  23/18
worth [1]  16/11
would [38]  2/20 3/14 4/14
5/20 6/14 6/15 7/7 9/20 10/4
11/11 11/12 11/16 11/21
11/24 11/25 12/3 12/6 12/7
12/10 12/12 13/15 14/10
14/14 15/7 15/14 15/18 16/5
16/7 17/24 18/12 18/22 20/7
20/13 21/16 21/22 22/11
24/14 24/24
wouldn't [1]  12/19

Y

yeah [2]  4/18 16/9
yes [40]  2/25 3/25 4/19 4/24
5/7 5/14 6/19 6/22 6/24 7/10
7/22 8/7 8/17 9/25 10/15
11/2 11/9 11/14 11/20 12/2
12/9 12/14 12/22 13/2 13/8
13/19 14/10 14/14 14/15 15/5
15/12 15/24 16/14 16/23
17/1 17/10 18/19 22/23 23/8
24/9 25/1
yet [2]  3/12 14/9
you [170]  2/11 2/12 2/16
2/21 3/1 3/8 3/9 3/19 3/20
3/22 4/1 4/1 4/2 4/10 4/13
4/14 4/15 4/22 4/22 4/22
5/11 5/13 6/3 6/5 6/6 6/6
6/15 6/17 6/17 6/20 6/23
6/25 7/2 7/3 7/6 7/6 7/7 7/9
7/17 7/19 7/24 8/2 8/2 8/5
8/8 8/9 8/14 8/15 8/15 8/16
8/20 8/22 8/24 9/1 10/10
10/11 10/13 10/16 10/17
10/19 10/20 10/25 11/1 11/4
11/6 11/6 11/7 11/8 11/10
11/11 11/13 11/13 11/15
11/16 11/17 11/18 11/21
11/21 11/22 11/23 11/25
12/7 12/7 12/8 12/10 12/10
12/12 12/12 12/12 12/19
12/16 12/17 12/18 12/19
12/25 13/1 13/3 13/3 13/4
13/9 13/10 13/16 13/20
13/21 13/24 13/24 14/6 14/7

30/3
updated... 14/19 14/24
15/3 15/4 15/11 15/25 16/6
16/8 16/8 16/13 16/14 16/16
16/24 17/17 17/23 17/24
17/24 18/9 18/9 18/11 18/12
18/15 18/22 20/2 20/5 20/6
21/8 21/9 21/10 21/11 23/7
23/20 23/21 23/21 24/1 24/1
24/1 24/2 24/5 24/7 24/7
24/8 24/15 24/17 24/20
24/22 24/24 24/25 25/2 25/3
25/3
you've [1]  12/25
your [91]  2/9 2/17 2/21 3/5
3/6 3/7 3/14 3/18 3/24 4/11
5/14 7/14 7/15 7/25 8/3 8/9
8/17 8/18 8/25 9/6 9/8 9/11
9/25 10/15 10/25 11/9 11/17
12/5 12/14 12/16 12/22 13/9
13/15 13/16 13/17 14/9
14/10 14/12 14/15 14/18
14/24 15/3 15/5 15/8 15/14
15/14 16/2 16/6 16/8 16/13
16/18 16/24 17/4 17/10
17/15 17/20 18/4 18/8 18/24
19/3 19/7 19/11 19/17 20/7
20/12 20/16 20/21 21/6 21/8
21/15 21/24 22/1 22/20 23/1
23/3 23/6 23/24 23/24 23/24
24/9 24/12 24/18 24/21
24/23 24/24 24/24 25/1
yourself [1]  2/8