IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>　　　　　　　Defendant. | Case No. 1:21-cr-00285-JEB<br><br>*Proposed* **ORDER RE PARTIALLY UNOPPOSED MOTION TO EXTEND DEADLINE FOR AMENEDED MOTION FOR NEW TRIAL** |

　　　After due consideration of the defendant's Partially Unopposed Motion to Extend Deadline for Amended Motion for New Trial, the motion is GRANTED.

　　　Accordingly, IT IS ORDERED that the April 28, 2023 deadline to file the defendant's amended motion for new trial is VACATED and RESET to _____, 2023. The government's response will be due _____, 2023, and the defendant's reply will be due _____, 2023.

　　　DATED this __ day of April, 2023, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　James E. Boasberg, Chief District Judge
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT