Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, Plaintiff, vs. DAMON MICHAEL BECKLEY, Defendant. | Case No. 1:21-cr-00285-JEB **MOTION FOR REPRESENTATION HEARING AND TO HOLD DEADLINE FOR MOTION FOR NEW TRIAL IN ABEYANCE** |
|---|---|

Defendant Damon Michael Beckley, through counsel, Gretchen L. Staft, Assistant Federal Defender, respectfully moves this Court to conduct an *ex parte* representation hearing in this matter and to hold the deadline for submission of the defendant's amended motion for new trial in abeyance pending the outcome of the hearing.

Due to the defendant and undersigned counsel residing outside of the District of Columbia, it is respectfully requested that the representation hearing occur via Zoom or other remote means.

Counsel's *ex parte* declaration in support of this motion is filed separately.

//

//

//

DATED at Anchorage, Alaska this 19th day of May, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen L. Staft*
Gretchen L. Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 19, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*