IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br>DAMON MICHAEL BECKLEY,<br>                Defendant. | Case No. 1:21-cr-00285-JEB<br><br>*Proposed* **ORDER RE MOTION FOR REPRESENTATION HEARING AND TO HOLD DEADLINE FOR MOTION FOR NEW TRIAL IN ABEYANCE** |

After due consideration of the defendant's Motion for Representation Hearing and to Hold Deadline for Motion for New Trial in Abeyance, the motion is GRANTED.

IT IS HEREBY ORDERED that an *ex parte* representation hearing via Zoom is scheduled for _____, 2023 at _____ a.m./p.m.

IT IS FURTHER ORDERED that the deadline for the defendant's Amended Motion for New Trial is HELD IN ABEYANCE pending the outcome of the representation hearing.

DATED this \_\_ day of May, 2023, in Anchorage, Alaska.

_____
James E. Boasberg, Chief District Judge
UNITED STATES DISTRICT COURT