Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>　　　　　　Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**MOTION FOR LEAVE TO FILE DECLARATION OF COUNSEL UNDER SEAL** |

Defendant Damon Michael Beckley, through counsel, Gretchen L. Staft, Assistant Federal Defender, respectfully moves this Court for an order granting leave to file Counsel's *ex parte* declaration in support of the motion filed at Docket No. [63].

DATED at Anchorage, Alaska this 19th day of May, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　*/s/ Gretchen L. Staft*
　　　　　　　　　　　　　　　　　　Gretchen L. Staft
　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 19, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*