IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>　　　　　Defendant. | Case No. 1:21-cr-00285-JEB<br><br>*Proposed* **ORDER RE MOTION FOR LEAVE TO FILE DECLARATION OF COUNSEL UNDER SEAL** |

After due consideration of the defendant's Motion for Leave to File Declaration of Counsel Under Seal, the motion is GRANTED.

DATED this __ day of May, 2023, in Washington, D.C.

_____
James E. Boasberg, Chief District Judge
UNITED STATES DISTRICT COURT