Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>               Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**MOTION TO CONTINUE REPRESENTATION HEARING** |

Defendant Damon Michael Beckley, through counsel, Gretchen L. Staft, Assistant Federal Defender, respectfully moves this Court to reschedule the representation hearing currently scheduled for May 30, 2023 at 3:00 p.m. to a different date. Due to the nearness of the hearing, we do file this motion on emergency basis.

Undersigned counsel will be flying cross-country on May 30, 2023 but had neglected to add the itinerary to her calendar prior to scheduling next week's representation hearing. There do not appear to be workable alternate flight itineraries that would allow undersigned counsel to be available for the hearing on May 30th. Because coverage would not seem to be appropriate for this hearing, it is respectfully requested that the Court reschedule the hearing to another date and time. Should the Court reset the hearing for a date between May 31-June 2, 2023, undersigned counsel will be in the Eastern time zone

and thus able to accommodate morning hearings if desired. Undersigned counsel has spoken with Mr. Beckley, who can be available any time on or after May 25, 2023.

In light of the circumstances, the Government is unopposed to this motion but requests that the rescheduled hearing occur as soon as reasonably possible.

DATED at Anchorage, Alaska this 24th day of May, 2023.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen L. Staft*
Gretchen L. Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 24, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*