IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00285-JEB |
| Plaintiff, | |
| vs. | *Proposed* **ORDER RE MOTION TO CONTINUE REPRESENTATION HEARING** |
| DAMON MICHAEL BECKLEY, | |
| Defendant. | |

After due consideration of the defendant's Motion to Continue Representation Hearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the May 30, 2023 representation hearing is VACATED and RESET for _____, 2023 at _____ a.m./p.m.

DATED this __ day of May, 2023, in Anchorage, Alaska.


_____
James E. Boasberg, Chief District Judge
UNITED STATES DISTRICT COURT