UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-285 (JEB) |
| v. : | |
| : | |
| DAMON MICHAEL BECKLEY, : | |
| : | |
| Defendant. : | |

[~~PROPOSED~~] ORDER

This matter comes before the Court on the United States' Motion for an Order Finding Waiver of the Attorney-Client Privilege and Authorizing Disclosure of Information. Based upon the record in this case, and in consideration of the points and authorities in the Government's motion, the Court:

(1) finds that the defendant Damon Beckley waived the attorney-client privilege when he filed a motion for new trial and related addendum pursuant to Rule 33 of the Federal Rules of Criminal Procedure alleging, among other things, ineffective assistance of counsel by his former trial counsel, Aaron Dyke, Esq.; and

(2) concludes that the District of Columbia Rules of Professional Conduct, particularly Rule 1.6(e)(3), permit Defendant's former trial counsel (Aaron Dyke, Esq.) to disclose to the Government information needed to respond to Defendant's allegations of ineffective assistance, and to include that information in a declaration or an affidavit, even if there might otherwise be a duty to keep such information confidential.

Further, based upon the record in this case and for the reasons stated above, it is by the Court this _12th_ day of _June_, 2023,

**ORDERED**, that the United States' Motion for an Order Finding Waiver of the Attorney-Client Privilege and Authorizing Disclosure of Information is **GRANTED**; and it is

1