Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Standby Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**NOTICE OF LODGING DEFENDANT'S *PRO SE* REPLY REGARDING MOTION FOR NEW TRIAL** |

Defendant Damon Michael Beckley, through standby counsel, Gretchen L. Staft, Assistant Federal Defender, hereby lodges Mr. Beckley's Pro Se reply in support of his motion for a new trial.

DATED at Anchorage, Alaska this 29th day of June, 2023.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen L. Staft*
Gretchen L. Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 29, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*