## Response to Government Opposition

I'm going to make this hopefully as quick and painless for everyone as possible and not rebut every point in the governments' lengthy opposition.  It doesn't matter if it was 60 pages or 600 pages: a cover-up is a cover-up.  The opposition document is untruthful, misleading, and unlawful to its' core.  As Judge Boasberg asked in the last hearing via Zoom, "Do you have any training in the law, have you studied any law, Mr. Beckley?" The answer is I'm not a law student or lawyer.  I have studied a few things online about the law, but based only on things that were in my interests.  No broad training in law.  I wasn't aware that I needed affidavits supporting the claims in my motion, I believed having a new trial would afford me the chance to bring witnesses that haven't been consulted, show facts that were excluded in the stipulated trial, etc.  Furthermore, Mr. Dyke told me that any letters (and by extension, affidavits) to the judge by friends and/or family on my behalf would need to be sent *to him* (Mr. Dyke) and he would make sure they were all sent to the court in one parcel and would be shown to the judge at sentencing.

As far as meeting the tenets in the Strickland test, (1) there was exculpatory evidence existing in my case that was not known to me *before* the stipulated trial.  The prosecution denied its existence.  So, I was never shown any, even though I had pleaded with Mr. Dyke repeatedly that it does have to exist.  Its' existence was brought to my attention by Ms. Gretchen Staft (after the stipulated trial) when it was given to her by Mr. Dyke's law firm (as they had been released from the case) and that firm turned over all parts of their handling of the case to her.  During familiarizing herself with all the materials provided by them, I told her that this evidence had to exist, just as I had told Mr. Dyke.  She found one such piece of said exculpatory evidence included in the batch of materials sent by Mr. Dyke's law firm and phoned me regarding a particular video which shows me clearing the steps at the Capitol Building for the police.  She asked me if I had ever seen any footage showing me clearing the steps for the police and I replied "No.  I have not seen that video."  She repeated the question a couple more times until I was emphatic with her that I had never been shown any such video by Mr. Dyke. This meets (2) the second of the Strickland tenets: knowledge of such evidence must be discovered *after* the trial.  This also has proven ineffective counsel on Mr. Dyke's part.

The court should know that given access to the trove of video from Jan 6th that I will absolutely be able to prove that through further exculpatory evidence gathering (and with enough time to do so) that the outcome will certainly be radically different than that of the stipulated trial because the truth is wholly different than the story that was fabricated and/or misrepresented for the stipulated trial to garner my conviction in the case brought against me.

Did I sign those papers?  I did.  I only signed them because regardless of whatever was reported or told by Mr. Dyke in his response to my *pro se* motion dated March 2nd, he did coerce me into the stipulated trial.  He made me believe that it was the only path for me.  He said it was some new thing that the government must be doing in these cases and acted very excited for me.  He said I would not get a fair trial in D.C. – his *exact* words.  If he says so otherwise, it's not true.

So whether the government believes I was suffering from a lack of sleep, health issues, and medication affecting my ability to perform in my stipulated trial or not as I mentioned in my pro se Rule 33 motion, (I

was) the Strickland test has been fully passed regarding my amendment to said pro se motion.  So let it be known that my motion for a new trial stands and I beg Judge Boasberg to give me a chance to defend the truth and my honor against any and all besmirching claims against me, including that my claims are self-serving.  If the truth seems self-serving, so be it.  Their opposition is self-serving: Spin = self-preservation.

Respectfully submitted,

Damon M. Beckley