Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Standby Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>    Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**NOTICE OF FILING DEFENDANT'S *PRO SE* MOTION FOR NEW TRIAL** |

Defendant Damon Michael Beckley, through standby counsel, Gretchen L. Staft, Assistant Federal Defender, hereby files Mr. Beckley's *pro se* motion for a new trial, his affidavit in support, and three exhibits.

DATED at Anchorage, Alaska this 30th day of November, 2023.

               Respectfully submitted,

               FEDERAL PUBLIC DEFENDER
               DISTRICT OF ALASKA

               */s/ Gretchen L. Staft*
               Gretchen L. Staft
               Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on November 30, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*