United States District Court

For the District of Columbia

Criminal Case No.  21-CR-285 (JEB)

Washington D.C.

November 7, 2023

United States of America

        Plaintiff(s),

   v.

Damon Michael Beckley

        Defendant(s).

_____

## MOTION

Comes now Damon M. Beckley, *pro se* to the Court and to the Honorable James E. Boasberg requesting that a *Relief from Judgement under Rule 33* be granted in this case.  As I have demonstrated in the attached affidavit, several new items of discovery were made by myself and my wife, Carla Beckley upon recently finding and perusing the website courtreporter.org. and the discoveries made therein provide the grounds for this motion.  The relief sought is to be granted a new bench trial in this case.  Since the existence of the court's website, courtreporter.org was not known by me or my wife until recently, there was no way of being knowledgeable to the facts contained in said website regarding the case, many crucial facts. i.e.: - the fact that the DOJ submitted 167 items of discovery to my former attorney, Aaron Dyke, among others.  We were completely unaware of their existence, to our knowledge saw none of them, and were never alerted to such by Mr. Dyke.

Secondly, as permission was granted by Judge Boasberg during the status hearing before the court held on June 1st, 2023, (please see the above-mentioned status hearing transcript attachment, p. 7, lines 22 – p. 8, line 3) I am formally requesting access to the 167 items of discovery that were sent by the DOJ to my former attorney, Aaron Dyke, as I am now *pro se* and need a full understanding as to what was presented, and, as is currently believed to having had *not* been presented to this court during the stipulated trial on February 23rd of this year and for purposes of truth and reliability of facts in and of their entirety being able *to be* presented to this court in the future, if indeed this relief is granted.

Lastly, I am also seeking relief from judgement under Rule 60 (1) because an example of mistaken identity has been found to have been presented at my stipulated trial. As stated prior to this, I was not mentally adept to catching the mistake that day at trial, but since I have had some time to represent myself in this matter, I started reviewing the video evidence presented at trial, (some of which had been shown to me by Aaron Dyke on the day I was at his office to go over stipulated facts) and the mistaken identity video purported to be me in Washington D.C. on January 5th, 2021 was discovered during my review of these items of evidence. I was not in Washington D.C. that day.

So, because of this discovery, I am requesting that a full copy of the Grand Jury notes regarding this case be forwarded to me. The Grand Jury being informed by the prosecution that I was there the day before January 6th implicates many other possible motives that I could be mistaken to have harbored or presuppositions about me being made by any Grand Jury members. These may need to be identified and put to rest pertaining to my having been indicted by them and could be material in and of the indictment having been handed down by them in the first place.