Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Standby Counsel for Defendant Damon Michael Beckley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>　　　　　　Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**NOTICE OF FILING DEFENDANT'S AFFIDAVIT IN SUPPORT OF *PRO SE* MOTION [Doc. 79]** |

　　　　Defendant Damon Michael Beckley, through standby counsel, Gretchen L. Staft, Assistant Federal Defender, hereby files Mr. Beckley's affidavit in support of his *pro se* motion for a new trial, filed at Docket 79. The affidavit was inadvertently not included at the time of filing the motion for new trial.

　　　　DATED at Anchorage, Alaska this 4th day of December, 2023.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　　*/s/ Gretchen L. Staft*
　　　　　　　　　　　　　　　　　　　Gretchen L. Staft
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 4, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gretchen L. Staft*