**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-285-JEB** |
| **v.** | : | |
| | : | |
| **DAMON BECKLEY,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits provided to the Court and defense counsel via USAfx to be used by the government in the sentencing in this matter. These exhibits will be offered into evidence during the sentencing hearing. The United States does not object to releasing these exhibits to the public. The proposed exhibits are:

**Government Sentencing Exhibits A, B, C, D, E**
Government Sentencing Exhibits A, B, C, D, and E are social media posts authored by Mr. Beckley.

**Government Sentencing Exhibit F**
Government Sentencing Exhibit F is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. The video clip is approximately 27 minutes in length.

**Stipulated Trial Exhibit 1**
Stipulated Trial Exhibit 1 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley first appears at 08:24, as shown in the screenshot below.  The video clip is approximately 9 minutes in length.

1



### Stipulated Trial Exhibit 2

Stipulated Trial Exhibit 2 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley first appears at 02:54, as shown in the screenshot below.  The video clip is approximately 13 minutes in length.



### Stipulated Trial Exhibit 3

Stipulated Trial Exhibit 3 is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. The video clip is approximately 8 minutes in length.

### Stipulated Trial Exhibit 4

Stipulated Trial Exhibit 4 is a clip from an open-source video filmed on January 6, 2021. Mr. Beckley appears at 00:02, as shown in the screenshot below. The video clip is approximately 1 minute in length.



**Stipulated Trial Exhibit 5**

Stipulated Trial Exhibit 5 is a clip from a cell phone video taken by Mr. Beckley on January 6, 2021. The video clip is approximately 4 minutes in length.

**Stipulated Trial Exhibit 6**

Stipulated Trial Exhibit 6 is a clip from Closed Circuit Television (CCTV) footage from January 6, 2021. The footage captures the inside of the U.S. Capitol, near the East Rotunda Doors. Mr. Beckley appears at the very beginning of the video, as shown in the screenshot below. The video clip is approximately 3 minutes in length.



**<u>Stipulated Trial Exhibit 7</u>**

Stipulated Trial Exhibit 7 is a clip from open-source video filmed on January 6, 2021. Mr. Beckley appears at 00:07, as shown below. The video clip is approximately 1 minute in length.



Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:    */s/ Julie Bessler*
Julie Bessler
PA Bar No. 328887
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 809-1747
Julie.Bessler@usdoj.gov

Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 29 day of December 2023 a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

BY:      */s/ Julie Bessler*
Julie Bessler
PA Bar No. 328887
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 809-1747
Julie.Bessler@usdoj.gov

Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov