Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAMON MICHAEL BECKLEY,<br><br>　　　　　　Defendant. | Case No. 1:21-cr-00285-JEB<br><br>**MOTION TO WITHDRAW** |

　　　COMES NOW, Gretchen L. Staft, Assistant Federal Defender, and respectfully moves this Court for an order authorizing her withdrawal as counsel for Defendant Damon Michael Beckley. Ms. Staft's withdrawal is requested considering William Shipley's appearance as retained counsel for the Defendant at Doc. 85. Pursuant to LCrR 44.5 (d), the undersigned will immediately provide a copy of the foregoing to Defendant Damon Michael Beckley by email, at his personal email address.

　　　DATED at Anchorage, Alaska this 2nd day of January, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　　　*/s/ Gretchen L. Staft*
　　　　　　　　　　　　　　　　　　　　Gretchen L. Staft
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 3, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Gretchen L. Staft