UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-285 (JEB) |
| v. | : | |
| | : | |
| DAMON MICHAEL BECKLEY, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO DISMISS**

On February 9, 2024, the Court sentenced defendant Damon Beckley following his conviction at a stipulated trial on Counts 1 and 2. *See* Minute Entry (02/09/24) (sentencing on Counts 1 and 2); Minute Entry (02/23/23) (Court finding defendant guilty of Counts 1 and 2 following stipulated trial). Accordingly, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss Counts 3, 4, 5, and 6 of the Superseding Indictment (ECF 42).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/_____
Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov

1