## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
Phone: 202-216-7000 | Facsimile: 202-219-8530

United States

USCA No.   **24-3022**

v.

**Damon Beckley**

USDC No.   **21-cr-00285**

### MOTION FOR LEAVE TO PROCEED
### ON APPEAL IN FORMA PAUPERIS

I, _Damon M. Beckley_ , declare that I am the
☒ appellant/petitioner   ○ appellee/respondent  in the above-entitled proceeding.  In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor.  My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

Signature _Damon M Beckley_

Name of *Pro Se* Litigant _____

Address _2594 Cherry Spring Road_
_Cub Run, Kentucky_

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

United States

USCA No. ___24-3022___

v.

Damon Beckley

USDC No. ___21-cr-00285___

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _Damon M. Beckley_          Date: _2/20/24_

My issues on appeal are: _____

_____

_____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | | | | |
| Self-employment | 1,250 | 1,250 | 1,250 | 1,250 |
| | You | Spouse | You | Soouse |
| Income from real property (such as rental income) | O | O | O | O |
| Interest and dividends | O | O | O | O |
| Gifts | O | O | O | O |
| Alimony | O | O | O | O |
| Child support | O | O | O | O |
| Retirement (such as social security, pensions, annuities, insurance | O | O | O | O |
| Disability (such as social security, insurance payments) | O | O | O | O |
| Unemployment payments | O | O | O | O |
| Public-assistance (such as welfare) | O | O | O | O |
| Other (specify): none | | | | |
| Total monthly income: | 1250 | 1250 | 1250 | 1250 |

✱ My wife and I own the business where we are both self-employed. Ownership is 50/50%

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Deck Dude | 1037 S. 4th St #2 Louisville Ky | 2016-present | $1,250.00 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Deck Dude | 1037 S 4th St #2 Louisville Ky | 2016 present | $1,250.00 |
| | | | |

4. How much cash do you and your spouse have? $12.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase | checking | $0.00 | $0.00 (joint) |
| Cecelian Bank | checking | $-34.00 | (joint) |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate(Value) | Motor Vehicle #1 $6,000 (Value) |
|---|---|---|
| none | none | Make & Year: Ford 2001 |
| | | Model: F 350 |
| | | Registration #: |

| Motor Vehicle #2 | none | Other Assets (Value) | Other Assets (Value) |
|---|---|---|---|
| Make & Year: | | | |

Model:

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse | |
|---|---|---|---|
| Adam Cassety | $3,850 ⁰⁰ | $3,850 ⁰⁰ | (7700) total |
| Melvia Ridenor | $5,500 ⁰⁰ | $5,500 ⁰⁰ | (11,000) total |
| Janet Miller | 2500 ⁰⁰ | 2500 ⁰⁰ | (500 total) |
| Larry Herbert | 4250 ⁰⁰ | 4250 ⁰⁰ | (8500 total) |
| Richard Buskirk | 1750 ⁰⁰ | 1750 ⁰⁰ | (3500 total) |

7.   State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Martin Goldsmith | mortgage | 316,000 | |
| Hartland Storage | rental | 300 ⁰⁰ | |

8.   State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age | |
|---|---|---|---|
| CMB | son | 12 | |
| Hayden Beckley | son | 19 | |
| Brian Hawkins | brother in law | 41 | (disabled) |

9.   Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $4,900/month | |
| Are real-estate taxes included? | ✓ Yes   ○ No | |
| Is property insurance included? | ✓ Yes   ○ No | |

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | 856 ⁰⁰ | |

|  | You | Spouse |
|---|---|---|
| | *800 *$1000 | |
| Food | *200 | |
| Clothing | | |
| Laundry and dry-cleaning | | |
| Medical and dental expenses | 0 | 0 |
| Transportation (not including motor vehicle payments) | | |
| Recreation, entertainment, newspapers, magazines, etc. | 0 | 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | | |
| Life | 0 | 0 |
| Health | 0 | 0 |
| Motor Vehicle | 253 00 | |
| Other: _____ | 0 | 0 |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify) _property_ *1700 | | |
| Installment payments | | |
| Motor Vehicle | 0 | 0 |
| Credit card (name): _Credit One_ | 30 | |
| Department store _American Freight_ | 21 | |
| (name): _Affirm_ | | *600 00 |
| Other: _American 1st Fin_ | 150 00 | |
| Alimony, maintenance, and support paid to others | 0 | 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | 0 | 0 |

10.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?  ○ Yes  ✓ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?  ○ Yes  ✓ No

If yes, how much?  _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12.  Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?  *No*

If yes, how much?  _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

*$500 of our monthly mortgage costs are rent at our home in Cub Run, Ky. The other $4,000/month is on an investment property which we are in default on and unable to pay.*

14.  State the city and state of your legal residence.

*Cub Run, Ky*

Your daytime phone number:  *(270) 473 3412*

Your age:  *55*        Your years of schooling:  *13*

United States of America                                   Case No. 21-CR-285

V

Damon Beckley


My right to discovery has been violated


I have evidence that omissions were purposefully made to the discovery in my case to cripple my defense


my right for my case to be tried in the district in which I was arrested was violated


I was not tried by laws that were current as written upon the date of my arrest


I had attorneys that proved ineffective in my defense


The DOJ presented false evidence to the grand jury to secure their felony indictment on me, without which, no new evidence was used than what was presented in charging me with my original two (2) charges, (both misdemeanors) and none of my exculpatory evidence was presented to the grand jury


Falsified statements were made by Jason Manning to cover the malfeasance of my second court appointed attorney, Aaron Dyke, who was running out the clock by not taking my calls so I would not be able to make a Motion to Vacate after being convicted on 2/23/23. (This caused me to have to make a special trip to DC to file the motion)


Evidence and other information were deleted from websites and from mine and my wife's phones prior to my sentencing and in real time AT my sentencing hearing so as to prevent me from being able to defend myself and prove my 100% *truthful* claims

United States of America                                    Case No. 21-CR-285

V

Damon Beckley

Time was tolled outside of the Speedy Trial Act to allow the DOJ time to turn my misdemeanors into felonies

Aaron Dyke and Jason Manning colluded against me to achieve getting me convicted by allowing me to go to trial without exculpatory evidence which would have proven their trumped up charges were against no crimes

Aaron Dyke coerced me into signing on for a stipulated bench trial where NO exculpatory evidence was even presented.  I was told by Dyke for a year and a half that the DOJ had maintained their claim that the evidence I had described of attempting to get the crowd in the building to calm down and commit to no violence and that of helping USCP Lt. Robert Rohm and his 15 member squad to escape the building didn't exist, when in fact it did and Dyke sat on it until AFTER I was convicted and I only discovered it to exist after his shykesty law firm had to give all of the discovery in the case to Ms. Gretchen Staft's office. It was she that discovered that the evidence I had described actually did exist and that Dyke had sat on it the whole time, lying to me. Then he and Jason Manning allowed me to go to trial without it when they both knew that the evidence absolutely existed

Manning used examples of me being a lawbreaker that were more than 10 years old and *some over 20 years old* with no context or other factors (such as almost all of those cases against me were dropped) in my sentencing hearing to put me in the worst possible light in front of Judge Boasberg anew

Manning used video I recently had uncovered that I had taken on my device on 1/6/21 (that had to have been extracted by him or someone with the technical knowledge and ability to do so within the last month) to falsely discredit me by claiming that I was pushing people into the Rotunda, (which he KNEW was a lie or otherwise the DOJ would have charged me with *some type of assault charge*)

United States of America                                        Case No. 21-CR-285

V

Damon Beckley


Manning claimed in a response to one of my motions that I made physical contact with an officer which Judge Boasberg then used to remove all exculpatory nature of my actions of helping USCP Lt. Robert Rohm get himself and his squad who were trapped at the House Chamber doors to get from there to the outside of the building (at Rohm's request) and my attempts to get the crowd to commit to calming down and being non-violent (all which were caught ON VIDEO) so Judge Boasberg would deny my motion for a new trial


Manning manipulated evidence in my sentencing hearing to cover up the fact that I had no intent of participating in any such "insurrection" and that paid activists WERE present causing the chaos and coercing people to commit crimes


Judge Boasberg made untruthful claims in the sentencing hearing accusing me of having shown no remorse in the whole three years, when the fact is that within two weeks of my arraignment I submitted a motion of Nolo Contendere with a *hand written apology* to then Vice President Mike Pence for abusive comments concerning him that I had made that day