UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

03/11/2024

UNITED STATES OF AMERICA :

:

v. : Case No. 21-CR-285 (JEB)

:

DAMON MICHAEL BECKLEY :

:

Defendant

Leave to file GRANTED

_____  3/18/24
James E. Boasberg           Date
Chief Judge

# SUBPOENA

Comes now the defendant Damon M. Beckley, *pro se* to subpoena the court to supply to the defendant a transcription of the 02/09/24 sentencing hearing in the above styled case, in the unaltered, audio version. Recording of such mailed to the defendant's home at the below address or emailed to the email address below.

c/o Carla Beckley

[REDACTED]

[REDACTED]

mail@callthepros.org

signed _/s/ Damon M. Beckley_, *pro se*

_Damon M. Beckley_

RECEIVED

MAR 12 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT                                    03/11/2024

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

:

v. : Case No. 21-CR-285 (JEB)

:

DAMON MICHAEL BECKLEY :

:

Defendant

### RULE 10 RECORD ON APPEAL: STATEMENT OF THE EVIDENCE OR PROCEEDINGS

Comes now the defendant, Damon M. Beckley *pro se*, in the above styled case disputing the validity of the full inclusiveness of all statements made by Chief Judge James E. Boasberg (some comments having been *deleted* from the transcript as recorded in the Office of the Clerk.) Whereas the defendant alleges that Judge Boasberg's statement that follows:

1. "In the end Mr. Beckley, you're not even going to prison for what you did in the Capitol Building on January 6th, (2021) you're going for what you said on social media before that" has been *scrubbed* from the record.

Also, other false statements as follows are included in the transcript of record where it is stated that the judge said that

2. "we need to hurry to call the next case" (we were the last case that day,) and lastly,
3. "that the defendant will submit to DNA testing." This also was not said.

Please have the record corrected to reflect these edits and additions be reinserted and taken out respectively. Thank you.

Entered this day, 03/11/2024 in Washington DC

_Damon M. Beckley_

Damon M. Beckley, *pro se*